**Presentment Date and Time: April 24, 2020 at 12:00 PM (ET)**
**Objection Deadline: April 21, 2020 at 12:00 PM (ET)**
**Hearing Date and Time (Only if Objection Filed): May 4, 2020 at 2:00 PM (ET)**

Dennis F. Dunne
Abhilash M. Raval
Tyson Lomazow
**MILBANK LLP**
55 Hudson Yards
New York, NY 10001
(212) 530-5000

*Proposed Counsel to Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| INTERNAP TECHNOLOGY SOLUTIONS INC., *et al.* | Case No. 20-22393 (RDD) |
| | (Jointly Administered) |
| Debtors.[1] | |

**NOTICE OF PRESENTMENT OF DEBTORS' APPLICATION FOR ENTRY OF ORDER AUTHORIZING AND APPROVING EMPLOYMENT AND RETENTION OF FTI CONSULTING, INC. AS FINANCIAL ADVISOR FOR DEBTORS AND DEBTORS IN POSSESSION *NUNC PRO TUNC* TO THE PETITION DATE**

    **PLEASE TAKE NOTICE** that upon the annexed *Debtors' Application for Entry of an Order Authorizing and Approving Employment and Retention of FTI Consulting, Inc. as Financial Advisor for Debtors and Debtors in Possession Nunc Pro Tunc to Petition Date* (the "Application") of Internap Technology Solutions Inc. and certain of its affiliates, as debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), the undersigned will present the attached proposed order to the Honorable Robert D. Drain, United States Bankruptcy Judge for the Southern District of New York, for signature on April 24, 2020 at 12:00 p.m. (Prevailing Eastern Time).

    **PLEASE TAKE FURTHER NOTICE** that any responses or objections (the "Objections") to the proposed order must be made in writing and received in the Bankruptcy

---

[1]  The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Internap Technology Solutions Inc. (8343); Internap Corporation (5721); Ubersmith, Inc. (7677); SingleHop, LLC (4340); Internap Connectivity LLC (7920); Hosting Intellect, LLC (8435); and DataGram, LLC (3170).  The location of the Debtors' service address for purposes of these Chapter 11 Cases is: 50 Main Street, Suite 1000, White Plains, New York 10606.

Judge's chambers and by the undersigned not later than 12:00 p.m. (Prevailing Eastern Time) on April 21, 2020 (the "Objection Deadline").  The ECF docket number to which the filing relates shall be included in the upper right hand corner of the caption of all objections.  Unless objections are received by that time, the order may be signed.

New York, New York          /s/ Dennis F. Dunne
Dated:  April 3, 2020       Dennis F. Dunne
                            Abhilash M. Raval
                            Tyson Lomazow
                            **MILBANK LLP**
                            55 Hudson Yards
                            New York, NY 10001
                            (212) 530-5000
                            Email: ddunne@milbank.com
                                   araval@milbank.com
                                   tlomazow@milbank.com

                            *Proposed Counsel to Debtors and Debtors in Possession*

Acknowledgement of No Objection on Notice of Presentment:
The Office of the United States Trustee has no objection to the relief requested in the Application.

          William K Harrington
          United States Trustee

          By: /s/ Susan A. Arbeit
          Susan A. Arbeit
          Trial Attorney
          201 Varick Street, Room 1006
          New York, NY 10014
          Tel. No. (212) 510-0500
          Fax. No. (212) 668-2255

**Presentment Date and Time: April 24, 2020 at 12:00 PM (ET)**
**Objection Deadline: April 21, 2020 at 12:00 PM (ET)**
**Hearing Date and Time (Only if Objection Filed): May 4, 2020 at 2:00 PM (ET)**

Dennis F. Dunne
Abhilash M. Raval
Tyson Lomazow
**MILBANK LLP**
55 Hudson Yards
New York, NY 10001
(212) 530-5000

*Proposed Counsel to Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| INTERNAP TECHNOLOGY SOLUTIONS INC., *et al.* | Case No. 20-22393 (RDD) |
| Debtors.[1] | Jointly Administered |

**DEBTORS' APPLICATION FOR ENTRY OF ORDER AUTHORIZING
AND APPROVING EMPLOYMENT AND RETENTION OF FTI
CONSULTING, INC. AS FINANCIAL ADVISOR FOR DEBTORS AND
DEBTORS IN POSSESSION *NUNC PRO TUNC* TO THE PETITION DATE**

Internap Technology Solutions Inc. and certain of its affiliates, as debtors and debtors in

possession (collectively, "INAP" or the "Debtors") in the above-captioned chapter 11 cases (the

"Chapter 11 Cases"), file this application (the "Application") for entry of an order substantially

in the form annexed hereto as Exhibit A (the "Proposed Order") pursuant to sections 105(a),

327(a), 328(a), 329, and 330 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as

amended, the "Bankruptcy Code"), Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy

---

[1]   The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification
number, as applicable, are: Internap Technology Solutions Inc. (8343); Internap Corporation (5721); Ubersmith,
Inc. (7677); SingleHop, LLC (4340); Internap Connectivity LLC (7920); Hosting Intellect, LLC (8435); and
DataGram, LLC (3170).  The location of the Debtors' service address for purposes of these Chapter 11 Cases is:
50 Main Street, Suite 1000, White Plains, New York 10606.

Procedure (the "Bankruptcy Rules"), and Rules 2014-1 and 2016-1 of the Local Bankruptcy

Rules for the Southern District of New York (the "Local Bankruptcy Rules"), authorizing and

approving the employment and retention of FTI Consulting, Inc. ("FTI") as counsel for the

Debtors *nunc pro tunc* to the Petition Date (as defined below).

In support of this Application, the Debtors rely upon (i) the declaration of Shawn

O'Donnell, Senior Managing Director of FTI, annexed hereto as Exhibit B (the "O'Donnell

Declaration"), and the *Declaration of Michael T. Sicoli in Support of Chapter 11 Petitions and

First Day Motions* [Docket No. 3] (the "First Day Declaration").  In further support of this

Application, the Debtors respectfully state as follows:

### Relief Requested

1.      By this Application, the Debtors request authority to retain and employ FTI to

serve as the Debtors' financial advisors effective *nunc pro tunc* to the Petition Date (as defined

herein), in accordance with the terms and conditions set forth in that certain engagement

agreement dated February 7, 2020 (the "Engagement Agreement").

### Jurisdiction

2.      The Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157

and 1334, and the Amended Standing Order of Reference M-431, dated January 31, 2012

(Preska, C.J.).  This is a core proceeding pursuant to 28 U.S.C. § 157(b).

3.      Venue in this Court is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

### Background

4.      On March 16, 2020 (the "Petition Date"), each of the Debtors filed voluntary

petitions for relief under chapter 11 of the Bankruptcy Code.  The Debtors continue to operate

their businesses and manage their properties as debtors in possession pursuant to sections

1107(a) and 1108 of the Bankruptcy Code.  No trustee, examiner or statutory committee of unsecured creditors has been appointed in these Chapter 11 Cases.

5.      These Chapter 11 Cases are being jointly administered pursuant to Bankruptcy Rule 1015(b) and the *Order Directing Joint Administration of Chapter 11 Cases* [Docket No. 35] entered by the Court in each of the Chapter 11 Cases.

6.      The Debtors are a global provider of premium data center infrastructure, cloud solutions, and high-performance network services across 21 major markets around the world. The Debtors' core business segments include providing "colocation" solutions (i.e., the leasing of managed data center space for use by clients within facilities that are leveraged to support multiple clients simultaneously) and providing hosting and IT infrastructure services utilizing cloud computing solutions.  The Debtors and their non-Debtor affiliates own and/or operate approximately 99 data centers and other Points of Presence ("POPs"), or communications network demarcation/interface points, worldwide. The Debtors and their non-Debtor affiliates employ approximately 540 employees and have their corporate headquarters in Reston, Virginia.

7.      On March 13, 2020, the Debtors executed a restructuring support agreement (the "RSA") with the Consenting Lenders. Pursuant to the RSA, the Consenting Lenders agreed to vote in favor of and support confirmation of the *Joint Prepackaged Chapter 11 Plan of Internap Corporation and its Affiliated Debtors and Debtors in Possession* [Docket No. 19] (the "Plan").

8.      Additional information regarding the Debtors' business, capital structure, and the circumstances leading to the filing of these Chapter 11 Cases is set forth in the First Day Declaration.[2]

---

[2]    Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the First Day Declaration.

**FTI's Qualifications**

9.      The Debtors have determined, in the exercise of their business judgement, that the size and complexity of their business requires them to employ a financial advisor with the knowledge of the Debtors' industry and business and experience with the chapter 11 process to advise the Debtors with respect to these chapter 11 cases.  As described in the O'Donnell Declaration, FTI has a wealth of experience in providing financial advisory services in complex restructurings and reorganizations and enjoys an excellent reputation for services it has rendered in large and complex chapter 11 cases on behalf of debtors and creditors throughout the United States.  FTI's expertise includes liquidity and capital structure assessment, debt and equity restructuring advice, and identification of reorganization alternatives.  FTI has significant experience assisting distressed companies with day-to-day management activities, including development of pro forma financials and business plans, cash flow management, and implementation of liquidity-enhancing and cost-saving strategies.

10.     Furthermore, as a result of the significant prepetition work performed on behalf of the Debtors, FTI has acquired significant knowledge of the Debtors and their businesses and is intimately familiar with the Debtors' financial affairs and systems, capital structure, operations, and related matters.  During their prepetition engagement, FTI assisted the Debtors' management team with, among other things, forecasting the Debtors' liquidity position, developing medium-term financial projections,  analyzing the Debtors' obligations to vendors, suppliers and service providers, preparing for the Debtors' chapter 11 filing and first day relief, developing and implementing strategies for communications with internal and external stakeholders, preparing the liquidation analysis and certain other information forming part of the disclosure statement to the Debtors' chapter 11 plan  and other financial analysis and planning.  Such experience and knowledge will be invaluable to the Debtors throughout these Chapter 11 Cases.

## Services to Be Provided

11.      On February 5, 2020, the Debtors engaged FTI to provide financial advisory and consulting services to the Debtors, and on February 13, 2020, the Debtors approved an expansion of FTI's engagement to provide bankruptcy and restructuring advisory services, as set forth in the Engagement Agreement.  On February 27, 2020, the Debtors approved a further expansion of FTI's engagement to provide strategic communications planning and implementation services.

12.      Pursuant to the terms and conditions of the Engagement Agreement, FTI has provided and agreed to provide the following financial advisory and consulting services (the "Services"):[3]

- Performing a financial assessment of the Debtors' long-term obligations under (i) premises leases and facility agreements, (ii) colocation agreements, (iii) network contracts, backhaul and last mile circuits, IP Transit and peering agreements, IRUs and other major network contracts, (iv) vendor supply contracts, and (v) capital leases with a view to quantifying the recurring savings from exiting those contracts.

- Performing a comprehensive assessment of the Debtors' lines of business and individual data center locations with a view to evaluating the financial and operational feasibility of alternative go-forward operating models.

- Assisting with negotiation, evaluation, and review of strategic alternatives, including with respect to a potential chapter 11 proceeding, refinancing, sale, or M&A process;

- Assisting with the development of business plan, financial, and liquidity projections;

- Assisting with documentation and analyses relating to strategic alternatives;

- Providing advisory and due diligence assistance in connection with creditor negotiations relating to strategic alternatives;

---

[3]   The summary of the Engagement Agreement included in the Application is provided for purposes of convenience only and is qualified in its entirety by reference to the Engagement Agreement.  To the extent that this Application and the terms of the Engagement Agreement are inconsistent, the terms of the Engagement Agreement shall control.

- Assisting with cash management and preparation, updating and variance reporting of a 13-week cash flow forecast in support of cash collateral negotiations and for any required debtor-in-possession financing;

- Assisting with valuation and market analysis relating to strategic alternatives;

- Assisting in vendor management and assessment of contract assumption, rejection and cure;

- Assisting in implementing all first-day and second-day orders;

- Assisting in preparing required motions throughout the course of the cases;

- Responding to creditor groups and vendors throughout the cases;

- Assisting in preparation of plan and disclosure statement documents and supporting materials;

- Assisting in the financial analysis of potential avoidance actions;

- Assisting in the preparation of the Company's statement of financial affairs (SOFA) and schedules of assets and liabilities (SOAL), if required in the proceeding;

- Assisting in claim reconciliation and objections;

- Developing and implementing strategies for communication with internal and external stakeholders;

- Providing testimony and other litigation support as the circumstances warrant; and

- Other financial advisory services the Debtors may direct FTI to perform.

13.    By the Application, the Debtors seek the entry of an order, pursuant to sections 327 and 330 of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016, and Rules 2014-1 and 2016-1 of the Local Rules, authorizing the employment and retention of FTI as their financial advisors and consultants in accordance with the terms and conditions set forth in the Engagement Agreement, effective *nunc pro tunc* to the Petition Date.

**<u>No Duplication of Services</u>**

14.     The services of FTI will complement and not duplicate the services rendered by any other professional retained in these Chapter 11 Cases.  As set forth in the O'Donnell Declaration, FTI understands that the Debtors have retained and may retain additional professionals during the term of the engagement and agrees to work cooperatively with such professionals to integrate any respective work conducted by the professionals on behalf of the Debtors.  FTI is providing distinct and specific financial advising and consulting services as set forth in the Engagement Agreement, and such services are not expected to duplicate those to be provided by any other consultants, legal advisors, or investment bankers.

**<u>Professional Compensation</u>**

15.     In consideration of the Services to be provided by FTI, subject to this Court's approval, the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules, and any applicable orders of the Court, and pursuant to the terms and conditions of the Engagement Agreement, the Debtors have agreed to the following fee and expense structure ("<u>Fee and Expense Structure</u>") to:   (a) compensate FTI for the services set forth in the Engagement Agreement on an hourly basis in accordance with FTI's ordinary and customary rates in effect on the date such services are rendered and (b) reimburse actual and necessary costs and expenses incurred by FTI in connection with all services performed on behalf of the Debtors.

16.     The current standard U.S. hourly rates (expressed in USD), subject to periodic adjustments, that FTI professionals will charge pursuant to the Engagement Agreement are as follows:

7

| Billing Category | Hourly Billing Rate |
|---|---|
| Senior Managing Directors | $920 to $1,295 |
| Directors / Senior Directors / Managing Directors | $690 to $905 |
| Consultants / Senior Consultants | $370 to $660 |
| Administrative / Paraprofessionals | $150 to $280 |

17.     The hourly rates set forth above are FTI's applicable hourly rates for the work of its professionals and staff members in the United States for the engagement set forth in the Engagement Agreement.  These hourly rates reflect FTI's normal and customary billing practices for engagements of this complexity and magnitude.

18.     FTI revises its hourly rates periodically.  To the extent this engagement requires services of FTI's international divisions or personnel, their time will be multiplied by FTI's standard hourly rates applicable for FTI's international divisions (*i.e.*, non-U.S.) or personnel. Additionally, FTI may use employees from its U.S. subsidiary affiliates depending on the needs of the engagement.  To the extent FTI uses employees of its U.S. subsidiary affiliates during this engagement, FTI will charge standard U.S. hourly rates for each such employee.

19.     In addition, FTI will invoice the Debtors for its reasonable and direct out-of-pocket expenses charged during these Chapter 11 Cases, which include, among other things, telephone and other charges, mail and express mail charges, and travel, meals and accommodations related specifically to the engagement.

20.     If FTI and/or any of its employees are required to testify or provide evidence at or in connection with any judicial or administrative proceeding relating the engagement, the Debtors will compensate FTI at its regular hourly rates and reimburse FTI for reasonable allocated and direct expenses (including counsel fees) with respect thereto.

8

21.     The Debtors understand and have agreed that FTI hereafter will apply to the Court for allowances of compensation and reimbursement of expenses in accordance with the General Order M-412 (Order Establishing Procedures for Monthly Compensation and Reimbursement of Expenses of Professionals, dated December 21, 2010 (Gonzalez, C.J.)), Administrative Order M-447 (Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases, dated January 29, 2013 (Morris, C.J.)), and the U.S. Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 (Appendix A to 28 C.F.R. § 58) (collectively, the "Fee Guidelines"), the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any applicable orders of the Court, both in connection with this Application and any interim and final fee applications to be filed by FTI in these chapter 11 cases.

22.     FTI has not shared or agreed to share any of its compensation from the Debtors or any other person, other than as permitted by section 504 of the Bankruptcy Code.  No promises have been received by FTI as to compensation in connection with these chapter 11 cases, other than as outlined in the Engagement Agreement.

23.     In the ninety (90) days prior to the Petition Date, the Debtors provided FTI with advance cash-on-account payments totaling $2,170,905.30 (collectively, the "Retainer"). FTI's aggregate billings were applied against the Retainer.

**Indemnification Provisions**

24.     As part of the overall compensation payable to FTI under the terms of the Engagement Agreement, the Debtors have agreed to certain indemnification and contribution provisions described in the Engagement Agreement (the "Indemnification Provisions").  As more fully set forth in the Engagement Agreement, the Indemnification Provisions provide that the Debtors will indemnify and hold harmless FTI and any of its subsidiaries and affiliates, officers,

9

directors, principals, shareholders, agents, independent contractors and employees (collectively, including FTI, "Indemnified Persons") from and against any and all claims, liabilities, damages, obligations, costs and expenses (including reasonable attorneys' fees and expenses and costs of investigation) arising out of or relating to the retention of FTI, the execution and delivery of the Engagement Agreement, the provision of the Services or other matters relating to or arising from the Engagement Agreement, except to the extent that any such claim, liability, obligation, damage, cost or expense shall have been determined by final non-appealable order of a court of competent jurisdiction to have resulted from the gross negligence or willful misconduct of the Indemnified Person or Persons in respect of whom such liability is asserted (an "Adverse Determination").  The Debtors shall pay damages and expenses, including reasonable legal fees and disbursements of counsel as incurred in advance.  FTI agrees that it will reimburse any amounts paid in advance to the extent they relate directly to an Adverse Determination.

25.    The terms of the Engagement Agreement, including the Indemnification Provisions, were fully negotiated between the Debtors and FTI at arm's length, and the Debtors respectfully submit that the Indemnification Provisions, as modified by the Proposed Order, are customary, reasonable and in the best interests of the Debtors, their estates and creditors. Accordingly, as part of this Application, the Debtors request that this Court approve the Indemnification Provisions.

**FTI's Disinterestedness**

26.    As set forth in the O'Donnell Declaration, FTI has represented to the Debtors that it has not represented and will not represent any parties other than the Debtors in these chapter 11 cases or in connection with any matter that would be adverse to the Debtors arising from, or related to, these chapter 11 cases.  Upon review of its client database, FTI has learned that it has, or has had in the past two years, current or recent former clients who participated in

cases involving certain creditors of the Debtors and other parties in interest as more fully discussed in the O'Donnell Declaration.

27.     To the best of the Debtors' knowledge and except to the extent disclosed herein and in the O'Donnell Declaration: (a) FTI is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code and does not hold or represent an interest adverse to the Debtors' estates and (b) FTI has no connection to the Debtors, their creditors, the U.S. Trustee, or any other party with an actual or potential interest in the Debtors' cases or their attorneys or accountants except as may be disclosed in the O'Donnell Declaration.  To the extent that any new relevant facts or relationships bearing on the matters described herein during the period of the Debtors' retention are discovered or arise, FTI will use reasonable efforts to file promptly a supplemental declaration, as required by Bankruptcy Rule 2014(a).

### Relief Requested Should Be Granted

28.     The Debtors seek authority to retain and employ FTI as their financial advisor and consultant under section 327 of the Bankruptcy Code, which provides that a debtor is authorized to employ professional persons "that do not hold or represent an interest adverse to the estate, and that are disinterested persons, to represent or assist the [Debtor] in carrying out the [Debtor's] duties under this title."  11 U.S.C. § 327(a).  Section 1107(b) of the Bankruptcy Code elaborates upon sections 101(14) and 327(a) of the Bankruptcy Code in cases under chapter 11 of the Bankruptcy Code and provides that "a person is not disqualified for employment under section 327 of the Bankruptcy Code by a debtor in possession solely because of such person's employment by or representation of the debtor before the commencement of the case." 11 U.S.C. § 1107(b).  As discussed above and as further detailed in the O'Donnell Declaration, to the best of the Debtors' knowledge, FTI is a "disinterested person" within the meaning of

section 101(14) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors' estates.

29.     The Debtors believe that the Fee and Expense Structure in the Engagement Agreement sets forth reasonable terms and conditions of employment and should be approved under section 327 of the Bankruptcy Code.  The Fee and Expense Structure adequately reflects: (a) the nature of the services to be provided by FTI and (b) fee and expense structures and indemnification provisions typically utilized by FTI and other leading financial advisory and consulting firms.  FTI and the Debtors believe that the Fee and Expense Structure is both reasonable and market-based.

30.     Additionally, FTI intends to submit applications for payment of compensation in these Chapter 11 Cases.  FTI intends to apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with these Chapter 11 Cases pursuant to the procedures set forth in sections 330 and 331 of the Bankruptcy Code and applicable Bankruptcy Rules, the Local Rules, the Fee Guidelines, and any other applicable procedures and orders of the Court, with certain limited modifications as set forth in the Proposed Order.  In light of the foregoing, the Debtors submit that the relief requested in the Application is in the best interests of their estates, creditors, and all parties-in-interest to these chapter 11 cases and the Court should approve the retention and employment of FTI pursuant to the terms set forth in the Engagement Agreement.

### *Nunc Pro Tunc* **Relief Is Warranted**

31.     The Debtors believe that employment of FTI effective *nunc pro tunc* to the Petition Date is warranted under the circumstances of these Chapter 11 Cases so that FTI may be compensated for its services prior to entry of an order approving FTI's retention.  Further, the Debtors believe that no party in interest will be prejudiced by the granting of the *nunc pro tunc*

employment because FTI has provided, and will continue to provide, valuable services to the Debtors' estates in the interim period.

## **Notice**

32.     Notice of this Application has been provided in accordance with the procedures set for in the *Order Implementing Certain Notice and Case Management Procedures* [Docket No. 44].  The Debtors respectfully submit that no further notice is required.

*[Remainder of Page Intentionally Left Blank]*

13

WHEREFORE the Debtors respectfully request entry of the Proposed Order granting the relief requested herein and such other and further relief as the Court may deem just and appropriate.

Dated:  New York, New York          /s/ *Michael T. Sicoli*
   April 3, 2020          Michael T. Sicoli
           President and Chief Financial Officer
           Internap Corporation

**<u>Exhibit A</u>**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| INTERNAP TECHNOLOGY SOLUTIONS INC., | ) Case No. 20-22393 (RDD) |
| *et al.* | ) |
| | ) Jointly Administered |
| Debtors.[1] | ) |
| | ) |

## ORDER AUTHORIZING DEBTORS TO RETAIN AND EMPLOY
## FTI CONSULTING, INC. AS FINANCIAL ADVISOR FOR DEBTORS
## *NUNC PRO TUNC* TO THE PETITION DATE

Upon the application (the "Application")[2] of Internap Technology Solutions Inc. and

certain of its affiliates, as debtors and debtors in possession (collectively, "INAP" or the

"Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), pursuant to section

327(a) of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), Rules

2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and

Rules 2014-1 and 2016-1 of the Local Bankruptcy Rules for the Southern District of New York

(the "Local Rules") for authority to retain and employ FTI Consulting, Inc. ("FTI") to serve as

the Debtors' financial advisor effective *nunc pro tunc* to the Petition Date, in accordance with the

terms and conditions set forth in that certain engagement agreement dated as of February 7,

2020, (the "Engagement Agreement"), all as more fully set forth in the Application; and upon

consideration of the declaration of Shawn O'Donnell, a Senior Managing Director at FTI,

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Internap Technology Solutions Inc. (8343); Internap Corporation (5721); Ubersmith, Inc. (7677); SingleHop, LLC (4340); Internap Connectivity LLC (7920); Hosting Intellect, LLC (8435); and DataGram, LLC (3170). The location of the Debtors' service address for purposes of these Chapter 11 Cases is: 50 Main Street, Suite 1000, White Plains, New York 10606.

[2] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Application.

attached to the Application as Exhibit B (the "O'Donnell Declaration") and the First Day

Declaration; and this Court having jurisdiction to consider the Application and the relief

requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Amended Standing

Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and consideration of the

Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. §

157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and

notice of the Application having been provided in accordance with the *Order Implementing*

*Certain Notice and Case Management Procedures* [Docket No. 44], and such notice having been

adequate and appropriate under the circumstances; and it appearing that no other or further notice

need be provided; and this Court having held a hearing on the Application (the "Hearing"); and

the Court having considered the O'Donnell Declaration, filed contemporaneously with the

Application, and the Court having determined that the relief sought in the Application is in the

best interests of the Debtors, their creditors, and all parties in interest, and that the legal and

factual bases set forth in the Application establish just cause for the relief granted herein; and

upon all of the proceedings had before the Court and after due deliberation and sufficient cause

appearing therefor,

**IT IS HEREBY ORDERED THAT**

1.      The Application is approved to the extent set forth herein.

2.      The Debtors are authorized, pursuant to section 327(a) of the Bankruptcy Code,

Bankruptcy Rules 2014(a) and 2016, and Local Rules 2014-1 and 2016-1, to retain and employ

FTI as their financial advisors, in accordance with the terms and conditions of the Engagement

Agreement, as modified herein, *nunc pro tunc* to the Petition Date, and to pay fees and reimburse

expenses to FTI on the terms set forth in the Engagement Agreement.

3.      The terms of the Engagement Agreement, as modified by this Order, are approved in all respects except as limited or modified herein.

4.      Notwithstanding anything to the contrary in the Engagement Agreement or the Application, to the extent that the Debtors request FTI to perform any services other than those detailed in the Engagement Agreement, the Debtors shall seek further application for an order of approval by the Court for a supplement to the retention and any related modifications to the Engagement Agreement and such application shall set forth, in addition to the additional services to be performed, the additional fees sought to be paid.

5.      Notwithstanding anything to the contrary contained herein or in the  Application or Engagement Agreement, FTI shall file fee interim and final fee applications for allowance of compensation and reimbursement of out-of-pocket expenses pursuant to Bankruptcy Code sections 330 and 331, the Bankruptcy Rules, the Local Bankruptcy Rules, the Fee Guidelines, any other Orders of the Court.

6.      FTI shall apply any remaining amounts of its prepetition retainer as a credit toward postpetition fees and expenses, after such postpetition fees and expenses are approved pursuant to the first Order of this Court allowing compensation and reimbursement of out-of-pocket expenses to FTI.

7.      Prior to any increases in FTI 's rates, FTI shall file a supplemental affidavit with the Court and provide ten business days' notice to the Debtors, the United States Trustee and any official committee, which supplemental affidavit shall explain the basis for the requested rate increases in accordance with Section 330(a)(3)(F) of the Bankruptcy Code and state whether the Debtors have consented to the rate increase.  The United States Trustee retains all rights to object to any rate increase on all grounds including, but not limited to, the reasonableness standard

3

provided for in section 330 of the Bankruptcy Code, and all rates and rate increases are subject to review by the Court.

8.      Notwithstanding anything to the contrary in the Application or Engagement Agreement, to the extent that FTI uses the services of independent contractors or employees of foreign affiliates or subsidiaries (collectively, the "Contractors") in these cases, FTI (i) shall pass-through the cost of such Contractors to the Debtors at the same rate that FTI  pays the Contractors; (ii) shall seek reimbursement for actual out-of-pocket expenses only; and (iii) shall ensure that the Contractors are subject to the same conflict checks and disclosures as required of professionals by Rule 2014 of the Bankruptcy Rules.

9.      The limitation of liability section in paragraph 6.2 of the Standard Terms and Conditions attached to the Engagement Agreement is deemed to be of no force or effect with respect to the services to be provided pursuant to this Order.

10.      The Indemnification Provisions set forth in the Engagement Agreement are approved; provided, however, that all requests by FTI for the payment of indemnification as set forth in the Engagement Agreement shall be made by means of an application to this Court and shall be subject to review by this Court to ensure that payment of such indemnity conforms to the terms of the Engagement Agreement and is reasonable under the circumstances of the litigation or settlement in respect of which indemnity is sought; provided, further, however, that in no event shall FTI be indemnified in the case of its own bad faith, self-dealing, breach of fiduciary duty (if any), gross negligence, or willful misconduct.  In the event that FTI seeks reimbursement from the Debtors for attorneys' fees and expenses in connection with the payment of an indemnity claim pursuant to the Engagement Agreement, the invoices and supporting time records for the attorneys' fees and expenses shall be included in FTI's own applications but

4

determined by this Court after notice and a hearing, and such invoices and time records shall be subject to the Fee Guidelines and the approval of the Bankruptcy Court pursuant to sections 330 and 331 of the Bankruptcy Code without regard to whether such attorneys have been retained under section 327 of the Bankruptcy Code and without regard to whether such attorneys' services satisfy section 330(a)(3)(C) of the Bankruptcy Code.

11.    To the extent there may be any inconsistency between the terms of the Application, the Engagement Agreement, and this Order, this Order shall govern.

Notice of the Application is adequate under Bankruptcy Rule 6004(a).

12.    The Debtors are authorized to take all action necessary to effectuate the relief granted in this Order.

13.    The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Dated: _____, 2020
          White Plains, New York


                                         _____
                                         THE HONORABLE ROBERT D. DRAIN
                                         UNITED STATES BANKRUPTCY JUDGE

**<u>Exhibit B</u>**

**O'Donnell Declaration**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| INTERNAP TECHNOLOGY SOLUTIONS INC., | ) Case No. 20-22393 (RDD) |
| *et al.* | ) |
| | ) (Jointly Administered) |
| Debtors.[1] | ) |
| | ) |

**DECLARATION OF SHAWN O'DONNELL IN SUPPORT OF THE**
**APPLICATION OF DEBTORS FOR ENTRY OF ORDER AUTHORIZING AND**
**APPROVING EMPLOYMENT AND RETENTION**
**OF FTI CONSULTING, INC. AS FINANCIAL ADVISOR**
**FOR THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE**

I, Shawn O'Donnell, make this declaration pursuant to 28 U.S.C. § 1746 and state as

follows:

1.      I am a Senior Managing Director at FTI Consulting, Inc. ("FTI"), a financial

advisory services firm with numerous offices throughout the country.  I am duly authorized to

make this declaration (the "Declaration") on behalf of FTI and submit this Declaration in support

of the application (the "Application")[2] of Debtors, pursuant to section 327(a) of the Bankruptcy

Code, Bankruptcy Rules 2014(a) and 2016, and Local Rules 2014-1 and 2016-1, for authority to

retain and employ FTI, as financial advisors for the Debtors, *nunc pro tunc* to March 16, 2020

(the "Petition Date") under the terms and conditions set forth in the Application.

---

[1]    The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Internap Technology Solutions Inc. (8343); Internap Corporation (5721); Ubersmith, Inc. (7677); SingleHop, LLC (4340); Internap Connectivity LLC (7920); Hosting Intellect, LLC (8435); and DataGram, LLC (3170).  The location of the Debtors' service address for purposes of these Chapter 11 Cases is: 50 Main Street, Suite 1000, White Plains, New York 10606.

[2]    Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Application.

2.      Except as otherwise stated in the Application, I have personal knowledge of the facts set forth herein and, if called as a witness, I would testify thereto.  Certain of the disclosures set forth herein are related to matters within the knowledge of other employees of FTI and are based on information provided to me by them.

## FTI's Qualifications

3.      FTI has a wealth of experience in providing financial advisory services in complex restructurings and reorganizations.  FTI enjoys an excellent reputation for services it has rendered in large and complex chapter 11 cases on behalf of debtors and creditors throughout the United States.  FTI's expertise includes liquidity and capital structure assessment, debt and equity restructuring advice, and identification of reorganization alternatives.  FTI has significant experience assisting distressed companies with day-to-day management activities, including development of pro forma financials and business plans, cash flow management, and implementation of liquidity-enhancing and cost-saving strategies.

4.      Furthermore, as a result of the significant prepetition work performed on behalf of the Debtors, FTI has acquired significant knowledge of the Debtors and their businesses and is intimately familiar with the Debtors' financial affairs and systems, capital structure, operations, and related matters.  During their prepetition engagement, FTI assisted the Debtors' management team with, among other things, forecasting the Debtors' liquidity position, developing medium-term financial projections, analyzing the Debtors' obligations to vendors, suppliers and service providers, preparing for the Debtors' chapter 11 filing and first day relief, developing and implementing strategies for communications with internal and external stakeholders, preparing the liquidation analysis and certain other information forming part of the disclosure statement to the Debtors' chapter 11 plan and other financial analysis and planning.  I believe that such experience and knowledge will be invaluable to the Debtors throughout these chapter 11 cases.

2

## **Services to be Provided**

5.      On February 5, 2020 the Debtors engaged FTI to provide financial advisory and consulting services to the Debtors, and on February 13, 2020, the Debtors approved an expansion of FTI's engagement to provide bankruptcy and restructuring advisory services, as set forth in the Engagement Agreement.  On February 27, 2020, the Debtors approved a further expansion of FTI's engagement to provide strategic communications planning and implementation services.

6.      Pursuant to the terms and conditions of the Engagement Agreement, FTI has provided and agreed to provide the following financial advisory and consulting services (the "Services"):[3]

- Performing a financial assessment of the Debtors' long-term obligations under (i) premises leases and facility agreements, (ii) colocation agreements, (iii) network contracts, backhaul and last mile circuits, IP Transit and peering agreements, IRUs and other major network contracts, (iv) vendor supply contracts, and (v) capital leases with a view to quantifying the recurring savings from exiting those contracts.

- Performing a comprehensive assessment of the Debtors' lines of business and individual data center locations with a view to evaluating the financial and operational feasibility of alternative go-forward operating models.

- Assisting with negotiation, evaluation, and review of strategic alternatives, including with respect to a potential chapter 11 proceeding, refinancing, sale, or M&A process;

- Assisting with the development of business plan, financial, and liquidity projections;

- Assisting with documentation and analyses relating to strategic alternatives;

- Providing advisory and due diligence assistance in connection with creditor negotiations relating to strategic alternatives;

---

[3]    The summary of the Engagement Agreement included in the Application is provided for purposes of convenience only and is qualified in its entirety by reference to the Engagement Agreement.  To the extent that this Application and the terms of the Engagement Agreement are inconsistent, the terms of the Engagement Agreement shall control.

- Assisting with cash management and preparation, updating and variance reporting of a 13-week cash flow forecast in support of cash collateral negotiations and for any required debtor-in-possession financing;

- Assisting with valuation and market analysis relating to strategic alternatives;

- Assisting in vendor management and assessment of contract assumption, rejection and cure;

- Assisting in implementing all first-day and second-day orders;

- Assisting in preparing required motions throughout the course of the cases;

- Responding to creditor groups and vendors throughout the cases;

- Assisting in preparation of plan and disclosure statement documents and supporting materials;

- Assisting in the financial analysis of potential avoidance actions;

- Assisting in the preparation of the Company's statement of financial affairs (SOFA) and schedules of assets and liabilities (SOAL), if required in the proceeding;

- Assisting in claim reconciliation and objections;

- Developing and implementing strategies for communication with internal and external stakeholders;

- Providing testimony and other litigation support as the circumstances warrant; and

- Other financial advisory services that Debtors may direct FTI to perform.

**<u>No Duplication of Services</u>**

**7.**   FTI understands that the Debtors have retained and may retain additional professionals during the term of the engagement and agrees to work cooperatively with such professionals to integrate any respective work conducted by the professionals on behalf of the Debtors.  I believe that FTI is providing distinct and specific financial advising and consulting services as set forth in the Engagement Agreement, and such services are not expected to duplicate those to be provided by any other consultants or advisors.

**Professional Compensation**

8.      In consideration of the Services to be provided by FTI, subject to this Court's approval, the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules, and any applicable orders of the Court, and pursuant to the terms and conditions of the Engagement Agreement, the Debtors have agreed to the following fee and expense structure ("Fee and Expense Structure") to:   (a) compensate FTI for the services set forth in the Engagement Agreement on an hourly basis in accordance with FTI's ordinary and customary rates in effect on the date such services are rendered and (b) reimburse actual and necessary costs and expenses incurred by FTI in connection with all services performed on behalf of the Debtors.

9.      The current standard U.S. hourly rates (expressed in USD), subject to periodic adjustments, that FTI professionals will charge pursuant to the Engagement Agreement are as follows:

| Billing Category | Hourly Billing Rate |
|---|---|
| Senior Managing Directors | $920 to $1,295 |
| Directors / Senior Directors / Managing Directors | $690 to $905 |
| Consultants / Senior Consultants | $370 to $660 |
| Administrative / Paraprofessionals | $150 to $280 |

10.      The hourly rates set forth above are FTI's applicable hourly rates for the work of its professionals and staff members in the United States for the engagement set forth in the Engagement Agreement.  These hourly rates reflect FTI's normal and customary billing practices for engagements of this complexity and magnitude.

11.      I, as Senior Managing Director, will lead and supervise the FTI engagement team, and my currently hourly rate is $985.

12.     FTI revises its hourly rates periodically.  To the extent this engagement requires services of FTI's international divisions or personnel, their time will be multiplied by FTI's standard hourly rates applicable for FTI's international divisions (*i.e.*, non-U.S.) or personnel. Additionally, FTI may use employees from its U.S. subsidiary affiliates, depending on the needs of the engagement.  To the extent FTI uses employees of its U.S. subsidiary affiliates during this engagement, FTI will charge standard U.S. hourly rates for each such employee.

13.     In addition, FTI will invoice the Debtors for its reasonable and direct out-of-pocket expenses charged during these Chapter 11 Cases, which include, among other things, telephone and other charges, mail and express mail charges, travel, meals and accommodations related specifically to the engagement.

14.     If FTI and/or any of its employees are required to testify or provide evidence at or in connection with any judicial or administrative proceeding relating the engagement, the Debtors will compensate FTI at its regular hourly rates and reimburse FTI for reasonable allocated and direct expenses (including counsel fees) with respect thereto.

15.     I believe that the fees are reasonable and comparable to those generally charged by financial advisors and consultants of similar stature to FTI for comparable engagements, both in and out of chapter 11.  The Fee and Expense Structure summarized above and described more fully in the Engagement Agreement is consistent with FTI's normal and customary billing practices for comparably-sized and complex cases and transactions, both in and out of court, involving the services to be provided in connection with these Chapter 11 Cases.  Moreover, the fees are consistent with and typical of arrangements entered into by FTI and other financial advisory and consulting firms with the rendering of comparable services to clients such as the Debtors.  I believe that the fees are both reasonable and market-based.

6

16.     According to FTI's books and records, during the ninety-day (90) period prior to the Petition Date, the Debtors provided FTI with advance cash-on-account payments totaling $2,170,905.30 (collectively, the "Retainer").  FTI's aggregate billings since the initial advance of cash-on-account were $1,945,905.30 which were applied against the Retainer and subsequent cash-on-account advances.

## Indemnification Provisions

17.     As part of the overall compensation payable to FTI under the terms of the Engagement Agreement, the Debtors have agreed to certain indemnification and contribution provisions described in the Engagement Agreement (the "Indemnification Provisions").  As more fully set forth in the Engagement Agreement, the Indemnification Provisions provide that the Debtors will indemnify and hold harmless FTI and any of its subsidiaries and affiliates, officers, directors, principals, shareholders, agents, independent contractors and employees (collectively, including FTI, "Indemnified Persons") from and against any and all claims, liabilities, damages, obligations, costs and expenses (including reasonable attorneys' fees and expenses and costs of investigation) arising out of or relating to the retention of FTI, the execution and delivery of the Engagement Agreement, the provision of the Services or other matters relating to or arising from the Engagement Agreement, except to the extent that any such claim, liability, obligation, damage, cost or expense shall have been determined by final non-appealable order of a court of competent jurisdiction to have resulted from the gross negligence or willful misconduct of the Indemnified Person or Persons in respect of whom such liability is asserted (an "Adverse Determination").  The Debtors shall pay damages and expenses, including reasonable legal fees and disbursements of counsel as incurred in advance.  FTI agrees that it will reimburse any amounts paid in advance to the extent they relate directly to an Adverse Determination.

7

18.     The terms of the Engagement Agreement, including the Indemnification Provisions, were fully negotiated between the Debtors and FTI at arm's length.  I believe that the Indemnification Provisions, as modified by the Proposed Order, are customary and reasonable for financial advisory and consulting engagements, both in and out of court, and in the best interests of the Debtors, their estates and creditors.

### FTI's Disinterestedness

19.     In connection with the preparation of this Declaration, FTI conducted a review of its contacts with the Debtors, their affiliates, and certain other parties in interest that were made reasonably known to FTI.  A categorized list of the types of parties in interest who were considered is listed in Schedule A hereto.  FTI's review, completed under my supervision, consisted of a query of the Schedule A parties within an internal computer database containing names of individuals and entities that are involved in open cases in which FTI's current or recent former clients are also involved.  While this review remains underway, a summary of such relationships that FTI has identified thus far during this process is set forth on Schedule B to this Declaration.  Upon completion of our review, FTI will supplement this Declaration for any additional relationships identified.

20.     Based on the results of its review thus far, FTI does not have a relationship with any of the parties listed on Schedule A in matters related to these Chapter 11 Cases, except for its relationship with the Debtors.  FTI has provided and could reasonably be expected to continue to provide services unrelated to the Debtors' Chapter 11 Cases to its current clients in matters involving the individuals and entities listed on Schedule B.  FTI's assistance to its clients in the cases involving these parties has been related to providing various financial restructuring, litigation support and/or engineering and scientific investigation consulting services.  To the best of my knowledge, FTI has not provided, does not provide, and will not provide services to any of

its clients, other than the Debtors, in matters directly related to the Debtors or these Chapter 11

Cases, nor does FTI's involvement in these Chapter 11 Cases compromise its ability to continue

providing such consulting services.

21.     In addition, as part of its diverse practice, FTI appears in numerous cases,

proceedings and transactions that involve many different professionals, including attorneys,

accountants and financial consultants, who may represent claimants and parties-in-interest in the

Debtors' Chapter 11 Cases.  Also, FTI has performed in the past, and may perform in the future,

advisory consulting services for various attorneys and law firms, and has been represented by

several attorneys and law firms, some of whom may be involved in these proceedings.   In

addition, FTI has in the past, may currently and will likely in the future be working with or

against other professionals involved in these cases in matters unrelated to the Debtors and these

cases.  Based on my current knowledge of the professionals involved, and to the best of my

knowledge, none of these relationships create interests materially adverse to the Debtors in

matters upon which FTI is to be employed, and none are in connection with these Chapter 11

Cases.

22.     It is FTI's policy and intent to update and expand its ongoing relationship search

for additional parties in interest in an expedient manner.  If any new material relevant facts or

relationships are discovered or arise, FTI will promptly file a supplemental affidavit under

Bankruptcy Rule 2014(a).

23.     To the best of my knowledge, (a) no commitments have been made or received by

FTI with respect to compensation or payment in connection with these cases other than in

accordance with the provisions of the Bankruptcy Code and (b) FTI has no agreement with any

other entity to share with such entity any compensation received by FTI in connection with these Chapter 11 Cases.

24.    I have read the Application that accompanies this Declaration and, to the best of my knowledge, information and belief, the contents of such Application are true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 3, 2020

FTI CONSULTING, INC.


By:    /s/ *Shawn O'Donnell*
Name:  Shawn O'Donnell
Title:   Senior Managing Director

## Schedule A

### Retention Checklist of Potential Parties in Interest

### Interested Parties List

**Debtors**
DataGram, LLC
Hosting Intellect, LLC
Internap Connectivity LLC
Internap Corporation
Internap Technology Solutions Inc.
SingleHop, LLC
Ubersmith, Inc.

**Debtors' Trade Names**
INAP
Internap Network Services Corporation
Server Intellect LLC

**Affiliates and Subsidiaries**
Internap Japan Co., Ltd.
Internap Network Services (Australia) Co.
Pty. Ltd
Internap Network Services (Singapore) Pte
Limited
Internap Network Services France
Internap Network Services Germany
Internap Network Services U.K. Limited
Internap Network Services (HK) Limited
Internap Network Services B.V.
Internap Network Services Canada Co
Internap Technologies (Bermuda) Limited
Internap Technologies B.V.
iWeb Technologies Inc.
iWeb Intellectual Property Inc.
iWeb Peering Corporation
Nippon Telephone and Telegraph
Corporation (NTT Holdings)
NTT – ME
SingleHop BV

**Significant Shareholders**
Gabelli Funds
GAMCO Asset Management, Inc.

Teton Advisors

**Top 52 Unsecured Creditors**
Akamai Technologies Inc.
Alert Logic Inc.
Allied Universal Security Services
American Express Co
AT&T Corporation
Avant Communications Inc.
AVT Technology Solutions LLC
Bridgepointe Technologies Inc.
Burr Computer Environments, Inc.
CDW Corporation
CenturyLink
Ciena Communications, Inc.
Cogent Communications
Connecticut General Life Insurance Co.
CPUS West Frye Road, LP
Data Hardware Depot
Delaware Division of Revenue
Dell Marketing LP
Digital 365 Main LLC
Direct Energy Marketing Inc. dba Direct
Energy Business
Engage BDR
Equinix Inc.
Fusion Worldwide
GI TC Seattle LLC
Global Telecom & Technology Inc. &
Subsidiaries (GTT Inc.)
Graybar Electric Company Inc.
Intelisys, Inc.
International Computer Concepts Inc.
Iron Mountain Data Centers, LLC
LEL International, Inc.
Level (3) Communications

1

Lightower Fiber Networks
Megaport (USA), Inc.
Moody's Investors Service
Radware
Redwood DC Assets LLC
Salesforce.com
Salt River Project Agricultural Improvement
and Power District
Servicenow, Inc.
SHI International Corp
Sizmek
Telia International Carrier
telx-New York 111 8th LLC
Trace3 Inc.
UHY Advisors GA, Inc.
Verio
Verizon Communications
XO Communications Inc.
Yancey Bros. Co.
Zayo Group
Zerto Corp

**Lenders**
Apex Credit Partners LLC
BankDirect Capital Finance
BlackRock
Brightwood Capital Advisors, LLC
Canaras Capital Management LLC
Carlyle Investment Management, LLC
Churchill Financial LLC
Cohanzick Management, LLC
Credit Suisse AG
CVC Credit Partners
Deutsche Bank AG
Invesco Senior Secured Management, Inc.
Jefferies Finance LLC
Jefferies Leveraged Credit Products, LLC
Midocean Partners
MJX Asset Management, LLC
Octagon Credit Investors, LLC
PNC Bank
Providence Equity Partners
Royal Bank of Canada
Seix Advisors
Societe Generale
Sound Point Capital Management, LP

Tennenbaum Capital Partners, LLC

**Agents or Indenture Trustees**
Jefferies Finance LLC

**Current Directors and Officers**
Peter Aquino
Andrew Day
Richard Diegnan
Joseph DuFresne
John Filipowicz
Christine Herren
Gary Pfeiffer
David Potts
Peter Rogers
Michael Sicoli
Lance Weaver
Debora Wilson

**Former Directors and Officers**
Charles Coe
Robert Dennerlein
Patricia Higgins
James Keeley
Corey Needles
Daniel Stanzione

**Channel Partners**
AB&T
ACT Data Solutions
Advantage Communications Group
Advoda
Affiliated Resource Group OH
Alpha Delta, Inc.
ARD Telecom
Avant Communications
BBH Solutions
BCM One
Bridgepointe Technologies
Buzz Architect
Cambridge Computer
Central Park Technology
Cloud Advise
Cloud Nexion
CloudAdvise
CloudInsyte

2

Cloudly, LLC
Colliers
Colopeople
Colotraq
Convered Network Services Group
C-Teck IT Solutions
Digital Realty Trust
EHR Evolution Inc.
Entre Computer
findadatacenter.com
Fluid Consulting
Garvoo Inc.
GCN Solutions
General Datatech, l.p.
Idea! Communications
Intelisys
Interaqt
IT Support Miami
Lloyd Mack
MC Information Systems
MicroCorp
Network Computing Architects
Network Planet Inc.
New England Network Solutions, Inc.
No Layer, Inc.
Nucleus Creative
Nuvalo
NuVision
OnShore Technology Group, Inc.
PlanetOne
Presidio
Pro4ia-Agent Account
Quote Colo LLC
Richard Fleischman & Ass.
Sebastian Corp
SHI International
SHI International Corp.
Shoulderchip Technologies
StrataCore (formerly Bandwidth Advisors)
Stratosphere Networks
TAC Holdings
Tarika Group
Technologyville
Telecom Brokerage Inc.
TeleProviders
TeleProviders Inc.

Thunder Communications LLC
Tovaas Technology
Upfront Technologies
Vision Technology Group
World Telecom Group


**Landlords**
2001 Sixth, LLC
365 Data Centers
Amerimar Enterprises, Inc./Netrality Properties
Arrow Capital Solutions Inc.
Carter Validus
CBRE
Cologix
ColoHouse
Comfluent
CORE
Coresite LP
DCII-250 Williams Street NW, LLC
Denali DC Assets LLC
Digital Realty Trust Group
Digital Realty Trust / Telx
Digital Realty Trust, L.P.
Digital Realty Trust/Sterling
DuPont Fabros Technology, Inc.
Equinix / Terremark
Equinix Inc.
G&C OC Investors, LCC
GI Partners
GI TC Seattle LLC / GI Partners
Invesco Real Estate
IO Data Centers
KTR South Bay I LLC / KTR Property Trust I
Level 3 Communications
Lincoln Property Company
Lincoln Rackhouse
Livingston International, Inc.
Market Halsey Group
Market Halsey Urban Renewal LLC
Pacific Realty Accociates, L.P.

PhoenixNAP
Prologis
QTS Realty Trust
RagingWire Data Centers, Inc.
Robert C. Penna and Richard C. Penna
Roell Capital Partners, LP
Sabey Datacenter LLC / Sabey Corporation
Sabey Properties LLC
UCM/GP-1301 Fannin, L.P. / Griffin
Partners, Inc.
Washington Holdings
Westin
XO Communications
Zayo Group
Zayo Group/Latisys

**Insurers**
ACE American Insurance Company
AIG Specialty Insurance Company
Allied World National Assurance Company
American Guarantee & Liability Insurance
Company
Arch Insurance - Surety Division
Argonaut Insurance Company
Crystal and Co. / Alliant Insurance Services,
Inc.
Endurance American Insurance Company
Federal Insurance Company
Hallmark Specialty Insurance Company
Lloyd's of London / Beazley
Mercer Insurance Company
National Union Fire Insurance Company of
Pittsburgh, PA.
Southern California Edison Company
Starstone Specialty Insurance Company
The North River Insurance Company
Travelers Casualty and Surety Company of
America
XL Specialty Insurance Company
Zurich American Insurance Company
Zurich Insurance PLC

**Utilities**
Allegro Sanitation Corp
Allstream Business US, Inc.
AT&T Mobility

Athens Services
Birch Communications Inc.
BOSCO Oil DBA Valley Oil Company
British Gas
California Water Service Company
CenturyLink
City of Atlanta, GA
City of Chandler, AZ
City of Plano, TX
City of Santa Clara, CA
City of Somerville, MA
City of Somerville, MA - Dept of Public
Works
Dekalb County, GA
Direct Energy Marketing Inc. dba Direct
Energy Business
Eversource
Frank Lamparelli Oil Co Inc.
Fusion Cloud Services, LLC
Georgia Power Company
Mission Trail Waste Systems
National Grid
Open Text Inc.
Pacific Gas and Electric Company
Premiere Global Services
Public Service Enterprise Group
Salt River Project Agricultural Improvement
and Power District
Southern California Edison Co
Southern California Gas Company dba The
Gas Company
Windstream Holdings, Inc.
XO Communications Inc.

**Deposit Banks**
Bank of Montreal
M&T Bank
Natixis
PNC
Silicon Valley Bank
Wells Fargo

**Contract Counterparties**
1301 Fannin Owner, L.P.
1525 Comstock Partners, LLC
1-800MD LLC

4

18401 Von Karman Property Holdings, LLC
2001 Sixth LLC
365 Jack London Square, LLC
365 Operating Company LLC dba 365
Services LLC
4imprint Group plc (4IMPRINT)
AAA Landscape
AB&T Telecom
Abacus Information Technology LLC
Abacus Solutions
ABB Inc.
ABB Zenith Controls, Inc.
ABM Janitorial Services Northeast, Inc.
Abraxis Networks
AC & DC Power Technologies LLC
Accellion, Inc.
Access Computer Floors LLC
Acclaim Insurance Brokers Pte Ltd
Accu-Tech Corporation
Acer Cloud Technology Inc.
ACT Data Solutions
Addison Lee
Adobe Systems Inc.
ADP Screening & Selection Services
ADVA Optical Networking North America,
Inc.
Advantage Communications Group, LLC
Advoda LLC
Affiliated Resource Group OH
AgilePoint
Akamai Technologies Inc.
Al/Kathleen Puska dba National Fail Safe
Alameda County Treasurer & Tax
Collection
Alert Logic Inc.
Algorithmic Research Ltd / ARX Inc.
Align Communications Inc.
Allegro Sanitation Corp
Allied Fire Protection
Allied Universal Security Services
Allstream Business US, Inc.
Alpha Delta Inc.
Alpheus Communications
Alpine Power Systems, Inc.
Amalgamated Credit Bureau Inc.
Ambius

American Electric Power
American Express Co
American Registry for Internet Numbers
Ltd. ("ARIN")
American Stock Transfer and Trust Co
Aminian Business Services, Inc.
Amsterdam Internet Exchange
Angiel Electrical Con Corp
Anixter Inc.
Anthem Republic
Apelinc Landscaping Services Inc.
Apple Inc.
Applied Network Concepts
Approach Technology, Inc.
AppSmart CCC, Inc.
ArchiBIM, Inc.
ARD Telcom Inc.
Ariba Inc.
Arizona Control Specialists Inc.
Arizona Corporations Commissions
Arizona Department of Revenue
Arizona Elevator Solutions, Inc.
Arnall Golden Gregory LLP
Arrow Capital Solutions, Inc.
Artografx Inc.
ASA Computers
Asbury Agile
Ascher Brothers Co. Inc.
Ashville
ASI Computer Technologies Inc.
Asia-Pacific Network Information Centre
Pty Ltd.
AT&T
AT&T Mobility
Athens Services
ATL Low Volt
Atlanta Tech Works
Atlantix Global Systems, LLC
Atlas Watersystems Inc.
ATS Automation
Automated Building Systems Inc.
Automatic Data Processing House
Automatic Data Processing, Inc. (ADP Inc.)
Avant Communications Inc.
Avnet Inc.
AVT Technology Solutions LLC

Axiom Fiber Networks
B.M. Book Keeping (UK)
BAE Systems, Applied Intelligence
Baker & Hostetler LLP
Baker Communications Group, LLC
BankDirect Capital Finance
Bayley Construction LP
BBH Solutions Inc.
BBK Coke Data Center, LLC
BCM One
BCN Telecom
BDO USA LLP.
Behind Every Cloud Ltd
Belastingdienst
Bellcom UK Limited
Berkeley Electronic Press
Better Business Bureau of Metropolitan
Atlanta Inc.
BFP Fire Protection Inc.
Bisnow LLC
Blackline Systems, Inc.
Blackstock's Equipment Sales Inc.
BMO Harris Equipment Finance Company
BOSCO Oil DBA Valley Oil Company
Boston Roofing and Design Corp
Briddge
Bridge Insurance Brokers
Bridgepointe Technologies Inc.
British Gas
British Telecommunications (UK)
Broad Valley Capital
Broadridge Investor Communications
Solutions Inc.
Brown's Interior Foliage
BSO Network Solutions
Burr Computer Environments, Inc.
Burstorm
C & K Specialists LLC
C & K Water Specialists, LLC
C H Reynolds Electric Inc.
C2C Fiber Networks
Cablevision Lightpath LLC
California Nurses Organization
California Public Utilities Commission
California Water Service Company
Camali Corp

Campbell Electric Inc.
Canada Life Group Division
Canada Revenue Agency
Cancer Research and Biostatistics
Cannings Connolly
Canonical
Capitol Innovations LLC
CAS Architects, Inc.
Castle Water
CCH Incorporated
CDW Corporation
CEC Facilities Group, LLC
Central Park Technology
Central Signal Corp
CenturyLink
CEVA Freight LLC
Champion Janitorial
Cherita Laney
Chevron Federal Credit Union
Chicago BT Property, LLC
Chicago Department of Finance
Chorus Call, Inc.
Ciena Communications, Inc.
Cigna Life Insurance Co of New York
Cintas Corporation
City and County of Denver - Dept of
Revenue
City of Atlanta
City of Chandler
City of Chicago Department of Revenue
City of Dunwoody
City of El Segundo
City of Plano
City of Redondo Beach
City of San Jose
City of Santa Clara
City of Seattle
City of Somerville
CleaningContract.com
CleanNet of Arizona
Cleveland Electric Company
Climatec LLC
Cloud Advise
CloudCheckr, Inc.
CloudInsyte Inc.
CloudLinux

Cloudly LLC
Coalfire Systems Inc.
Coca-Cola
Coca-Cola of North America
Code Red Consultants, LLC
Cody Schnakenburg
Coffee Unlimited
Cogeco Data Services
Cogent Communications
Cognitas
Cognitas Technologies, Inc.
Coleman Supplier Service Solutions, LLC
Colliers International-Atlanta LLC
Colo Properties Atlanta LLC
Cologix
Colohouse LLC
Colopeople.com LLC
ColoTraq
Colt Technology Services
Colt Telecommunications (Intl)
Comcast
Comfort Systems USA (Southwest), Inc.
Massachusetts Department of
Telecommunications
CommerX Corporation
Commissioner of Taxation and Finance
Commonwealth of Massachusetts
Commonwealth of Virginia
Community Health Center Network
Commvault Systems Inc.
Comnet Telecom Supply Inc.
Companies House
Compensation Strategies Inc.
Comptroller of Goods and Services Tax
Computer Packages Inc.
CONA Services LLC
CONA Services of North America
Conex Recycling Corporation
Confirmit Inc.
Connecticut General Life Insurance Co.
Contego Solutions, LLC
Continuum Managed Services - R1Soft
Controlaccount
Converged Network Services Group LLC
Convey Services, LLC
Conyers Dill & Pearman

Cooper Automation Systems, LLC
Coral Capital Solutions LLC
CoreSite 427 S LaSalle LLC
Coresite LP
CoreSite One Wilshire LLC
CoreSite Real Estate 1656 McCarthy L.P.
CoreSite Real Estate 70 Inner Belt LLC
Corporation Service Company
Corus Group LLC dba Corus 360
Cost Management Group LLC
County of Fairfax
County of Loudon
Cox Communications
cPanel Inc.
CPUS West Frye Road, LP
Crawford Mechanical Services, LLC
Creative Corporate Ideas
Crystal IBC LLC
C-Teck IT Solutions
Cummins Inc.
Cummins Sales and Service
Cushing & Company
Cushman & Wakefield Ltd
Custom Care Building Services
Custom Computer Cables of America Inc.
CyberSource Corporation
Daikin Applied
Dallas County Tax Office
Data Center Portfolio JV, LLC
Data Center Technologies, Inc.
Data Clean Corporation
Data Hardware Depot
Data Specialties
Data Strategy LLC
DataBank Holdings, Ltd
DataSpan
David Potts
DCII-250 Williams Street NW, LLC
Debora Wilson
DeCambra Enterprises dba A-A Backflow
Testing & Maintenance
Dekalb County Tax Commissioner
Delaware Division of Revenue
Delaware Secretary of State
Dell, Inc.
Dell Marketing LP

Dentons Canada LLP
Department of Labor and Industries
Department of Tax and Collections
Department of Revenue Services
Department of Workforce Development
Design By Chris
Deutsche Bank Trust Company
Deutscher Commercial Internet Exchange
Device42, Inc.
Digital 365 Main LLC
Digital 720 2nd, LLC
Digital Grand Avenue, LLC
Digital Realty Trust
Digital Realty Trust LP DBA Digital 2121
South Price LLC
Digital Realty Trust LP DBA Digital 2260
East El Segundo LLC
Digital Realty Trust LP DBA Digital 720
2nd LLC
Diligent Board Member Services, Inc.
Direct Energy Marketing Inc. / Direct
Energy Business
Directness
Disney Destinations, LLC
Dock 365, Inc.
DocuSign Inc.
Douglas County Treasurer
Douglas DeCastro / Signvertise Duo
Security
dvsAnalytics, Inc.
E*Trade Business Solutions
E2 Optics, LLC
Edmarco, Inc.
EFT Analytics Inc.
EHR Evolution
Electronic Environments Co. LLC
Elsevier
Emergency Power Services Co., Inc.
ENET Solutions, Inc.
Enrique Flores
Entre Computer Solutions
EONIX Corp.
Equinix Group / Switch and Data
Equinix (formally Switch and Data)
Equinix Group
Ernst & Young LLP

Espial DE, Inc.
Ethos Communication Solutions Limited
euNetworks Fiber UK Limited
Eurofiber Netherland BV
Eversource
Exceptional Landscapes Inc.
Executive Construction Inc.
Executive Travel & Incentives
Experian Information Solutions Inc.
Experis Finance US LLC
Exponential-e Ltd.
F5 Networks Inc.
Facebook
Fast Technologies
FedEx
Fiberstore Co Limited
Fidelity Investments Inc.
Fidelity Security Life Insurance Company
Financial Accounting Standards Board
(FASB)
Fire Chief Equipment Co Inc.
Fire Equipment Inc.
Fire Safety Solutions South
First Mile Ltd. / Revolution / Envirecycle
Limited
FirstLight Fiber, Inc.
Fisk Electric
Fitzgerald & Company
Flood Brothers Inc.
Florida Public Service Commission
FMR Consulting LLC dba Fluid Consulting
FOP Melnyk
Fox Properties LLC
Fox Rothschild, LLP
FoxHunter Properties LLC
FPL Fibernet
Franchise Tax Board
Frank Lamparelli Oil Co Inc.
Franklin St Properties Corp / FSP One
Ravinia Drive LLC
Friendly Solutions Corp.
Fry, Inc.
Full House Merch
Fulton County Tax Commissioner
Fusion Cloud Services, LLC
Fusion WorldWide

8

G&C OC Investors, LLC
G4S Secure Solutions, Inc. (USA)
GaggleAMP Inc.
Gartner Inc
Garvoo Inc.
Gary Pfeiffer
General Datatech LP
GenServe
Gen-Tech
Georgia Certificate Services
Georgia Power Company
GI TC Seattle LLC
Gibbons P.C.
Gladys Yutiampo
Glassdoor Inc.
Global Communication Networks Inc.
Global GRAB Technologies, Inc.
Global Pkg
Global Telecom & Technology Inc. &
Subsidiaries GTT Group
Good Energy
Gordon & Rees LLP
Grainger Inc.
Grand Hyatt Baha Mar
Grant Thornton LLP
Graybar Electric Company Inc.
H5 Capital Denver, LLC
HackerOne
HaggisTech
Haynes Building Service, LLC
HB Dobbin Financial Planning Ltd.
Hemisphere Capital Advisors, LLC
Henning Mediation & Arbitration Service,
Inc.
Henricksen & Company, Inc.
Hewatt Electrical Contractors, Incorporated
Hewlett-Packard Financial Services
Company
Hibernia Atlantic US LLC
Hilda Loe Associates
Hi-Rez Studios, Inc.
HM Customs & Excise
Hogan Lovells US LLP
Houthoff Cooperatief U.A.
HRRP Garland LLC
HSA Bank

Hutchinson Global Communications i-
Admin (Singapore) Pte Ltd
IBM Corp
ICE Systems Inc.
Ideal Communications
Ideaspan
Illinois Secretary of State
Incapsula, Inc.
Incorp Services Inc.
Infocomm Development Authority
Informatica Corporation
Ingram Micro Inc.
InnerCity Fiber LLC
Innovative Interfaces
Insight Direct USA, Inc.
Integrated Solutions Management
IntelePeer Cloud Communications
Intelisys, Inc.
Intellectual Property Corporation
Interaqt Corp
Internap Japan Co Ltd.
International Computer Concepts Inc.
International Sports Management, Inc.
Interoute Communications Limited Ltd.
Intersect Group, The LLC
Interxion Carrier Hotel Limited (UK)
InterXion Datacenters B.V. (Netherlands)
Intrado Digital Media, LLC
Invictus Global Management / Sabey SEC
DEP
IO Phoenix One LLC
IQ EQ Consultants (HK) Ltd.
Iron Mountain
Iron Systems
IT Support Miami
Ivanti, Inc.
Jaguar Telecom
JBGS/TRS, L.L.C.
Jeff Millies
Jeffries Morris Inc. as agent for Trinity
Morris Corp
Jenner & Block LLP
Joe Powell and Associates Inc.
John Tracy Mehr
Johnson Controls Inc.
Juniper Networks US Inc.

K&L Gates LLP
Kaiser Foundation Health Group
Karma Digital, LLC
KDDI Singapore Pte Ltd
King County Treasurer
King Wire Partitions Inc.
Koll/Intereal Bay Area
Kone Inc.
KPMG LLP
Lance Weaver
Lanier Parking Solutions
Las Colinas
Laura A. Kaster LLC
Lauren M. Olahi
LeaseQuery, LLC
Lechtenberg & Associates LLC
Level (3) Communications
LGE Community Outreach Foundation
LHSA Partners LLC / 451 Research Inc.
Lightower Fiber Networks
Linck Search Associates, Inc.
Link Consulting Services
LinkedIn
Lippert/Heilshorn & Associates, Inc.
Liquid 8 Technology Inc.
Lit San Leandro
LivePerson Inc.
Livingston International, Inc.
Lloyd Anthony Mack
London Borough of Tower Hamlets
London Internet Exchange Ltd.
Lorraine Nicole Roleson / ConsultHR
Los Angeles County Tax Collector
LTS Managed Technical Services LLC
Lundy Engineering Group, LLC
Lyreco
M&M Interior Solutions, Inc.
M1 Limited
MA Laboratories Inc.
MacDonald-Miller Facility Solutions Inc.
Mailfinance Inc.
Maricopa County Air Quality Dept.
Maricopa County Treasurer
Marlene Mangubat
Mascott Equipment
Maxair Mechanical Inc.

MC Constructors, Inc.
MC Information Systems
McCom Inc. /US Net
McKenney's Inc.
Mediant Communications, LLC
Megaport (USA), Inc.
Meridian-IS, LLC
Merit Network Inc.
Merrill Communications LLC
Michael Wild
MicroCorp Inc.
Microland Electronics Corp.
Microsoft Licensing GP
Millenium Fire Protection LLC
Millennium Security Services, LLC
Minnesota Revenue
Mission Critical Systems
Mission Trail Waste Systems
MisterGreen Products B.V.
Mitec Solutions
Mobile Fire Equipment
Monument Consulting, LLC
Moody's Investors Service
Morgan Lewis & Bockius
Morgen Industries Inc.
Morley-Moss, Inc.
Morrison Hershfield Corp
Morrow Sodali LLC
MSR Customs Corporation
Much Shelist
Multi-State Employers Council Inc.
Myriad Supply Company
Nasdaq
National Grid
NAVEX Global Inc.
NearData Inc.
Neopost USA dba Neopost Southeast
Netenberg
Network Computing Architects
Network Planet
Networks Centre Ltd.
New England Fiber Inc.
New England Network Solutions Inc.
New Silver Engineering LLC
New York City Department of Finance
New York Grant Company Inc.

10

New York Magazine
New York State Corporation Tax
New Zoom, Inc.
NiTel Inc.
No Layer
Noord-Group Limited
North Carolina Department of Revenue
Nothing But Nets
Nucleus Creative
Nuvalo
Nuvisions Solutions LLC
NW 230 Congress Street Property Owner LLC
Office of Finance, City of Los Angeles
O'Mahony & Sons Electrical Inc.
On Computer Services, LLC dba Unified Power
OnShore Technology Group
Ontario Refrigeration Services, Inc.
Open Text Inc.
Optical Communications Group
Oracle America Inc.
Orange County Tax Collector
OSIsoft
Outbox Systems Inc.
OutSolve, LLC
OwnBackup Inc.
p3 mediaworks, Inc.
Pacific Gas and Electric Company
PagerDuty Inc.
Painting By Franco
Panopta LLC
Paragon International, Inc.
Park Place Technologies LLC
Pasek Corp
Patriot Clean Fuel
Paulo Lessa
PCAM, LLC
PCCW Global (Singapore) Pte Ltd.
Peachtree Pest Control Co Inc.
Peacocke Consulting Group, LLC
Penna Realty Assoc
Percona LLC
Perennial Resources LLC
Peter Rogers
Peterson Power Systems

Phoenix NAP LLC
PHS Group plc
PlanetOne
Plante Moran LLP
Platinum Electrical Contracting Inc.
Platinum Landscaping, Inc.
Platinum Parking
Plesk CA Software Ltd.
PM Plumbing & Mechanical, Inc.
PNC Bank NA
PNC Equipment Finance
Potomac Law Group, PLLC
Power Distribution Inc.
Precision Sample, LLC
Premier Contract Carpet, Inc.
Premiere Global Services
Presidio Networked Solutions
Prestige Interiors
Price Modern
PricewaterhouseCoopers LLP
Prime Electric Inc.
Prime Power Services Inc.
Pro4ia
Prologis LP
Prologis USLV SubREIT 2, LLC
Protection Systems LLC
PSE&G
Public Company Accounting Oversight Board
Pulse Secure LLC
Q.S.G Technology Services LTD
QED Systems
Quality Technology Services
Quintet Solutions Pvt Ltd.
Quote Colo LLC
R&A Enterprise Solutions LLC
R3 Services Group
Radware
RagingWire Data Centers, Inc.
Rajah & Tann
RCO Consulting
Recruiter on Demand Services, LLC
Red Hat Inc.
Redwire LLC
Redwood DC Assets LLC
Registered Agent Solutions Inc.

ReppConn LLC
Richard Fleischman & Associates
RIPE Network Coordination Centre
RK Electric Inc.
Robert Half International Inc.
Rogers Business Solutions
Rolka Loube Salzer Associates
Ronald Blue & Co, LLC
Rosing Painting & Wallcovering
Ross Lane & Company, LLC
Royal Cup Inc.
RussElectric Inc.
Ryan LLC
S&K Prof.
Sabah International Inc.
Sabey Properties LLC
Salesforce.com
Salt River Project Agricultural Improvement
and Power District
San Francisco Tax Collector
Sandler Partners
SAP America Inc.
Sasco
SBE Electrical Contracting Inc.
Schneider Electric Group
Scottish Equitable
Seattle Engraving
Seattle Games Forum
Sebastian Corp
Securetech Fence Systems Inc.
SecureWorks, Inc.
ServerCentral
ServerDirect
Service Express, Inc.
Service Station Systems
Servicenow, Inc.
Shannon DeBacker
Shermco Industries Inc.
Sherwood Strategic Consulting LLC.
SHI International Corp
SHIFT Communications, Inc.
Shred Ace, Inc.
Shred-it USA LLC
Siemens Industry Inc.
Silicon Valley Lockmasters, Inc.
Singapore Internet Exchange Limited

Singapore Telecommunications
SingTel
Skillshot Media
Smoothstone IP Communications Corp
Snell & Wilmer L.L.P
Softchoice Corporation
SolarWinds, Inc.
Solis Vending
Songbird Plant Lenders Inc.
SOS Pest Control
Sound Refrigeration and Air Conditioning
South Coast Air Quality Management
District
Southern California Edison Co
Southern California Gas Company dba The
Gas Company
SP Petroleum Transporters
Spearhead Networks Inc.
Specialized Fire & Security Inc.
Specialized Transportation Inc.
Spectrum Business
Spectrum Sourcing
Sports Fans Coalition NY, Inc.
Stanco Systems Electrical Contracting Inc.
Standard & Poor's Ratings Service
Stanley Painting
Staples Contract & Commercial Inc.
Star Hub
State Comptroller/Comptroller of Public
Accounts - TX
State of California
State of New Jersey
State of New Jersey Board of Public
Utilities
Steve Harman
StrataCore Inc.
Strategic Modeling Solutions LLC
Stratosphere Networks
Structure Research
Structure Works
Sunbelt Controls
Sunesys LLC
SuperMicro Computer, Inc.
Swain Electric, Inc.
Swanson Rink, Inc.
Swedish Health Services

12

Symantec Corporation
TAC Holdings, LLC
TalentWave
Tata Communications
Tate Specialties Inc.
Tax Assessor Collector - Collin County
Tax Assessor-Collector
Taxconnex LLC
Taylor & Taylor Associates, Inc.
Tech Plan Inc.
Technical Builders Inc.
Technologyville, Inc.
TechTrade Solutions LLC
Telarus LLC
Telcordia Technologies
Telecom Brokerage Inc.
Telehouse Intl Corp of America
TeleProviders
Telia International Carrier (Int'l)
Telstra Incorporated
Telx - Los Angeles LLC
TelX Group
Testing Software S.A.
Texas State Comptroller
The Brandt Companies, LLC
The Coca-Cola Company
The Employment Law Solution
The Greenseason Group, Inc.
The Guardian Life Insurance Company of
America
The India Building LLC
The Orvis Company, Inc.
The Rubicon Project, Inc.
Thunder Communications LLC
Tibco Software Inc.
Tier 1 Inc.
Tier4 Advisors, LLC
Tiffany & Co
Time Warner
Titan Electric, Inc.
Toronto Internet Exchange
Total Fire Protection
Total Plant And Floral Service Inc.
Tovaas Technologies
Town of Secaucus Fire Prev Bureau Office
of Inspections

Townsend Security, Inc.
Trace3 Inc.
Trane US Inc.
Trans Bay Elevator
Treasurer State of New Jersey
Triumvirate Environmental Inc.
TWP Computers BV
UHY Advisors GA, Inc.
Uline
United Mechanical, Inc.
Universal Service Administrative Company
UNUM Life Insurance Company of
America
UpFront Technologies, Inc.
US Department of Treasury
Valley Power Systems, Inc.
Value Act
Value Act Capital
Varsity Termite and Pest Control
Veeam Software Corp
Ventiv
Ventiv Technology Inc.
Verified Security
Verio
Verisign Inc.
Veristor Systems Inc.
Verizon
Verizon Business
Verizon Cabs
VerSprite, LLC
Vertiv Corporation
Vertiv Liebert Services
Vertiv Services, Inc.
Verus Connect, Inc.
Virtual Shaping, Inc.
Visa Worldwide Singapore Pte. Limited
Vision Technology Group
Vistra Corporate Services (SEA) Pte Ltd.
Vodafone
Vrind Accounting B.V.
W5 Group LLC / Waldorf Demolition
Warner Norcross & Judd
Washington State Department of Revenue
Water Dynamics
Water Tech Specialties Inc.
Waypoint Systems Inc.

Western Partitions Inc.
Western Water Technologies, Inc.
Westminster City Council
Wild Animal World, Inc.
Wilshire Connections LLC
Windstream Holdings, Inc.
Winsight, LLC
Wisconsin Department of Revenue
Woodoil Company of California, LLC
Workiva Inc.
Worldwide Supply LLC
WTS Consulting Ltd
WTS World Tax Services BV
Xe.Com
Xerox Corp
XO Communications Inc.
XTechnology Global Inc.
Xtivia
Yancey Bros. Co.
Zacks Investment Research Inc.
Zayo Bandwidth
Zayo Group
Zerto Corp
ZOHO Corp
Zoom Information

**Vendors/Suppliers**
1301 Fannin Owner, L.P.
Akamai Technologies Inc.
Allied Universal Security Services
American Express Co
Avant Communications Inc.
BBK Coke Data Center, LLC
BDO USA LLP.
BMO Harris Equipment Finance Company
Bridgepointe Technologies Inc.
Burr Computer Environments, Inc.
City of Santa Clara
Connecticut General Life Insurance Co.
CoreSite Real Estate 70 Inner Belt LLC
cPanel Inc.
CPUS West Frye Road, LP
Data Center Portfolio JV, LLC
DCII-250 Williams Street NW, LLC
Dell Marketing LP
Digital Grand Avenue. LLC

Digital Realty Trust LP / Digital 2121 South
Price LLC
Direct Energy Marketing Inc. / Direct
Energy Business
Equinix Inc.
Equinix Singapore Pte Ltd.
Facebook
FedEx
Fidelity Investments Inc.
GI TC Seattle LLC
Ingram Micro Inc.
Integrate.Manhattan LLC
Intelisys, Inc.
International Computer Concepts Inc.
Intersect Group, The LLC
Iron Mountain
Jenner & Block LLP
Koll / Intereal Bay Area
Level (3) Communications
Lightower Fiber Networks
Oracle America Inc.
Penna Realty Assoc
Prologis LP
Prologis USLV SubREIT 2, LLC
Quality Technology Services
Redwood DC Assets LLC
Sabey Properties LLC
Salt River Project Agricultural Improvement
and Power District
SHI International Corp
SuperMicro Computer, Inc.
Taxconnex LLC
Telia International Carrier
Trace3 Inc.
Verizon Business
XO Communications Inc.
Zayo Group

**Regulatory and Government**
Arizona Corporation Commission
California Public Utilities Commission
Federal Communications Commission
Georgia Public Service Commission
Illinois Commerce Commission
Massachusetts Department of
Telecommunications and Cable

14

Public Utility Commission of Texas
State of New Jersey
Universal Service Administrative Company

**Taxing Authorities**
Arizona Corporations Commission
Arizona Corporations Commission
Arizona Department of Revenue
Arizona Department of Revenue
California Secretary of State
Chicago Department of Revenue
Chicago Department of Revenue
City of Atlanta
City of Chicago License Division
City of Dunwood Taxes
City of El Segundo Business Tax Payment
City of Oakland, Revenue Division - Business Tax Section
City of Orlando - Permitting Services
City of Philadelphia, Department of Revenue
City of Redondo Beach, CA
City of San Jose, Business Tax and Registration Permit
City of Santa Clara - Municipal Services
City of Santa, Clara Municipal Services Division, Business License Unit
City of Seattle
City of Seattle License Division
City of Somerville, Office of the Tax Collector
City of Tukwilla Licensing Division
Colorado Department of Revenue
Colorado Department of Revenue
Colorado Secretary of State
Connecticut Department of Revenue Services
Connecticut Secretary of State
County of Loudon, VA
Dallas County Assessor

Dekalb County Tax Commissioner
Delaware Secretary of State
Department of Administration
Department of the Treasury, Internal Revenue Service
Division of Corporations - Florida Department of State
Division of Revenue, Wilmington, Delaware
Douglas County Treasurer, Tax Collector
Fairfield County Tax Collector
Florida Department of Revenue
Florida Department of Revenue
Franchise Tax Board
Fulton County Board of Assessors
Georgia Department of Revenue
Georgia Department of Revenue, Processing Center
Georgia Secretary of State
Harris County, TX
Illinois Department of Revenue
Illinois Department of Revenue
Illinois Secretary of State
King County, Personal Property Section
Los Angeles, Office of the Assessor
Manager of Finance, Dallas
Maricopa County Assessor
Massachusetts Department of Revenue
Massachusetts Department of Revenue
Massachusetts Secretary of State
Miami Dade Business Licensing Division
Miami Dade Tax Collector
Minnesota Department of Revenue
New Jersey Secretary of State
New York City Department of Finance
New York City Department of Finance
New York State Department
New York State Department of Taxation and Finances
New York State Sales Tax Processing
North Carolina Department of Revenue
North Carolina Secretary of State
Oakland Tax Administration
Office of Finance, City of Los Angeles
Orange County Tax Collector -Business Department
Orange County Tax Collector

15

Pennsylvania Department of Revenue
Pennsylvania Department of Revenue
Sales and Use, Ohio Department of
Taxation, Attn: Business Compliance
Division
San Francisco Property Taxes
San Francisco Tax Collector
San Francisco Tax Collector - Office of the
Treasurer
South Dakota Department of Revenue
South Dakota Secretary of State
State Board of Equalization, California
State of California Secretary of State
State of Connecticut - Department of
Revenue Services
State of New Jersey
State of New Jersey, Division of Taxation
Tax Assessor of Houston
Tax Assessor of Collin County, TX
Tennessee Department of Revenue
Tennessee Department of Revenue
Tennessee Secretary of State
Texas Comptroller
Texas Comptroller of Public Accounts
Texas State Comptroller, Sales and Use Tax
Virginia Department of Taxation
Virginia Dept of Taxation
Virginia Secretary of State
Washington State Department of Revenue
Washington Secretary of State
Wisconsin Department of Revenue

**Secured Creditors**
Arrow Capital Solutions Inc.
Silicon Valley Bank

**UCC Filers**
Arrow Capital Solutions, Inc.
Bank of Birmingham
BMO Harris Equipment Financing
Company
IBM Credit LLC
Jefferies Finance LLC
Regents Capital Corporation
Signature Financial LLC
Silicon Valley Bank

**Other Significant Parties in Interest**
1800MD
ADP WageWorks
Cigna
Cigna Group Insurance
Cigna Healthcare
EyeMed
EyeMed Vision Care LLC
FMR LLC Fidelity Investment
HSA Bank
Kaiser Permanente
Kaiser Permanente
LifeCare
LifeLock
Shareholder Representative Services LLC
Unum Group

**Litigation Plaintiffs**
Engage BDR
Engel, Bello Walsh LLP
LEL International, Inc.
The Law Office of Thad M. Scroggins

**Litigation Defendants**
InSync

**Other Litigation Counterparties**
Ask LLP
Sizmek, Inc.

**Debtors' and Lenders' Professionals**
Deloitte
Ernst & Young Global Limited
FTI Consulting, Inc.
Gibson, Dunn & Crutcher LLP
Jenner & Block LLP
Jones Day
Milbank LLP
Moelis & Company
Potomac Law Group
Rothschild & Co

**Ordinary Course Professionals**
Baker & Hostetler LLP

BDO USA LLP (and foreign BDO
partnerships)
Ernst & Young LLP
Gibbons P.C.
Hogan Lovells US LLP
K&L Gates LLP
KPMG LLP
McCarter & English LLP
Much Shelist, P.C.
New York Grant Company Inc.
Ross Lane & Company, LLC
Ryan LLC
Snell & Wilmer L.L.P.
Warner Norcross & Judd LLP

**Bankruptcy Judges and Staff**
Deanna Anderson
Vanessa Ashmeade
Christine Azzaro
ChantelBarrett
Matthew Bentley
Stuart Bernstein
Aldel Brown
Lynda Calderon
Shelley Chapman
Kristin Corbett
Colin Davidson
Jacqueline DePierola
Rosemary DiSalvo
Robert Drain
Liza Ebanks
Lorraine Echevarria
Jamie Eisen
Frances Fredericks
James Garrity Jr.
Martin Glenn
Robert Grossman
Frances Ha
Nicole Herther-Spiro
Ronald Howard
Justin Imperato
Gilana Keller
Sean Lane
Jeremiah Ledwidge
Dorothy Li
Tina Milburn

Melanie Miller
Cecelia Morris
Mike Paek
Katrina Pape
Aileen Ramia
Brenda Robie
Willie Rodriguez
Arturo Tavarez
Guy Van Baalen
Marc Veilleux
Kasey Wang
Annie Wells
Greg White
Michael Wiles

**US Trustee Office**
Victor Abriano
Joseph Allen
Susan Arbeit
Janine Aschauer
Stephanie Becker
William Birmingham
Christine Black
Kim Brownell
Maria Catapano
Erin Champion
Danny Choy
Holley Claiborn
Janease Clarke
Leiden Czarniecki
John Devlin
Karen DiPofi
Sherry Doran
Kathleen Dunivin Schmitt
Joseph Flamini
Amy Ginsberg
William Harrington
Benjamin Higgins
Erin Hogan
Amy Hutzel
Andrea Kazyaka-Rowe
Nazar Khodorovsky
Linda Kmiotek
Reema Lateef
Alicia Leonhard
Joann Lomangino

17

| | |
|---|---|
| Steven Mackey | Linda Riffkin |
| Frank Marino | Ilusion Rodriguez |
| Marylou Martin | Jill Schartz |
| Brian Masumoto | Kathleen Schmitt |
| Kim L. McCabe | Andrea Schwartz |
| Ercilia Mendoza | Paul Schwartzberg |
| Kari Mitchell | Denise Scime |
| Jennifer Morey | Shannon Scott |
| Mary Moroney | Sylvester Sharp |
| Richard Morrissey | Donovan Slack |
| Joseph Nadkarni | Robert Stavis |
| Serene Nakano | Andy Velez-Rivera |
| Nicole Neely | Madeleine Vescovacci |
| Cheuk Ng | Sharon Warner |
| Diana Nuss | Rachel Wolf |
| Bonnie O'Malley | Stan Yang |
| Alaba Ogunleye | Rhonda Zdanowicz |
| Lisa Penpraze | Greg Zipes |
| Lynda Rettagliata | Jill Zubler |

**Schedule B**

**Potential Connections of Related Parties**
**Internap Technology Solutions Inc. and Debtor Affiliates**


**List of Current and Past FTI Clients Since March 15, 2018 Who Are Interested Parties**


Engagements Relating to the Debtors or Affiliates

Internap Corporation


Other Clients, Parents and Affiliates of Clients and Relationships Not Relating to
the Debtors or Affiliates

| | |
|---|---|
| ABB Inc. | The Coca-Cola Company |
| ACE Insurance Co. | The Coca-Cola Company of North America |
| Addison Lee Limited | Cogent Communications |
| Adobe Systems Inc. | Colliers International |
| ADP Inc. | Colt Technology Services Group Limited |
| Akamai Technologies Inc. | Comcast Corporation |
| Allstream Business US, Inc. | Conyers Dill & Pearman |
| American Electric Power | Cox Communications |
| American Express Company | Credit Suisse AG |
| American Stock Transfer and Trust Co. | Crystal IBC LLC |
| Apple Inc. | Cummins Inc. |
| Arizona Department of Revenue | Cushman & Wakefield Ltd. |
| Arnall Golden Gregory LLP | Dell Inc. |
| AT&T Corporation | Dentons Canada LLP |
| ATS Automation Tooling Systems Inc. | Department of the Treasury, Internal |
| Avnet Inc. |    Revenue Service |
| Baker & Hostetler LLP | Deutsche Bank AG |
| Bank of Montreal | DocuSign Inc. |
| BDO USA, LLP | Elsevier |
| BlackRock, Inc. | Equinix, Inc. |
| Brightwood Capital Advisors, LLC | Ernst & Young LLP |
| British Telecommunications | Eversource Energy |
| Canada Revenue Agency | Facebook Inc. |
| Carlyle Investment Management, LLC | Federal Insurance Company |
| Carter Validus REIT Management Co. II, | FedEx Corporation |
| LLC CenturyLink Inc. | Florida Department of Revenue |
| Cigna Corporation | Fox Rothschild, LLP |
| Cintas Corporation | Fusion Cloud Services, LLC |
| City of Seattle | G4S Secure Solutions, Inc. |

Gabelli Funds, LLC
Gartner Inc.
Georgia Department of Revenue
Georgia Power Company
Gibbons P.C.
Gibson, Dunn & Crutcher LLP
Gordon & Rees LLP
Grainger Inc.
Harris County, TX
Hogan Lovells US LLP
IBM Corporation
Ingram Micro Inc.
Insight Direct USA, Inc.
IO Data Centers LLC
Iron Mountain Inc.
Jefferies Finance LLC
Jenner & Block LLP
Johnson Controls Inc.
Jones Day
Juniper Networks US Inc.
K&L Gates LLP
Kaiser Foundation Health Plan Inc.
Kaiser Permanente
KPMG LLP
Level 3 Communications LLC
Los Angeles County Tax Collector
M&T Bank Corporation
Maricopa County Treasurer
McCarter and English, LLP
Microsoft Corporation
Milbank LLP
Moelis & Company
Morgan Lewis & Bockius, LLP
Much Shelist P.C.
Nasdaq, Inc.
National Grid plc
Natixis
New Zoom, Inc.
Norton LifeLock Inc.
Open Text Inc.
Oracle America Inc.
Pacific Gas and Electric Company
Pennsylvania Department of Revenue
Plante Moran LLP

PNC Financial Services Group, Inc.
Presidio Networked Solutions LLC
PricewaterhouseCoopers LLP
Prologis LP
Providence Equity Partners LLC
Rajah & Tann Singapore LLP
Royal Bank of Canada
Salesforce.com, Inc.
Salt River Project Agricultural Improvement
    and Power District
SAP America Inc.
Siemens Industry Inc.
Singapore Telecommunications Limited
Sizmek, Inc.
Snell & Wilmer L.L.P
Société Générale S.A.
Southern California Edison Company
Southern California Gas Company dba The
    Gas Company
State of California
Symantec Corporation
Tennenbaum Capital Partners, LLC
Texas Comptroller of Public Accounts
The Coca-Cola Company and Subsidiaries
The Guardian Life Insurance Company of
    America
Tibco Software Inc.
Time Warner Cable, Inc.
Trace3 Inc.
Travelers Casualty & Surety Company of
    America
US Department of the Treasury
Verisign Inc.
Verizon Communications
Vertiv Holdings Co.
Vodafone Group plc
Warner Norcross & Judd LLC
Wells Fargo & Company
Windstream Holdings, Inc.
Xerox Holdings Corporation
XL Specialty Insurance Company
XO Communications, LLC
Zayo Group Holdings, Inc.
Zurich American Insurance Company

## **Exhibit C**

**Engagement Agreement**



**EXECUTION**

2001 Ross Avenue
Suite 650
Dallas, Texas 75201
Office 214 397-1620
Mobile 214 755-7835
shawn.o'donnell@fticonsulting.com

PRIVATE & CONFIDENTIAL

February 5, 2020

Mr. Dennis F. Dunne
Partner
Milbank LLP
55 Hudson Yards
New York, New York 10001

Re: <u>Financial Advisory Services</u>

Dear Mr. Dunne:

1.    **Introduction**

This letter confirms that we, FTI Consulting, Inc. ("FTI"), have been retained by you, Milbank LLP ("Milbank"), to provide certain financial advisory and consulting services (the "Services") set out below (the "Engagement") in connection with Milbank's representation of Internap Corporation and its various subsidiaries (taken together, the "Company").  This letter of engagement (the "Engagement Letter") and the related Standard Terms and Conditions constitute the engagement contract (the "Engagement Contract") pursuant to which the Services will be provided to Milbank and the Company.  By their signatures below, Milbank and Company agree to be bound by the obligations, terms and conditions set forth herein.

2.    **Scope of Services**

The Services, to be performed at your direction, are expected to include the following:

1.    Perform a financial assessment of the Company's long-term obligations under (i) premises leases and facility agreements, (ii) colocation agreements, (iii) network contracts, backhaul and last mile circuits, IP Transit and peering agreements, IRUs and other major network contracts, (iv) vendor supply contracts, and (v) capital leases with a view to quantifying the recurring savings from exiting those contracts and the comparative termination/rejection costs in an out-of-court restructuring, under a bankruptcy plan that leaves general unsecured creditors unimpaired (i.e., a "prepackaged" plan), or under a conventional bankruptcy plan that treats rejection damages as impaired general unsecured claims.

2.    Perform a comprehensive assessment of the Company's lines of business and individual data center locations with a view to evaluating the financial and operational feasibility of

Mr. Dennis F. Dunne
February 5, 2020

alternative go-forward operating models.  The assessment will include profitability assessment, required investments, transition costs, and customer and vendor impacts.  It would inform strategic choices about an "optimized" INAP that would result from an in-court or out-of-court restructuring and provide financial projections.

3.  Assist the Company and Milbank to prepare for, negotiate and undertake the restructuring by:

   a)  Building (or re-building) a robust 13-week cash flow liquidity forecast model and reporting that will be required for negotiations with existing lenders, to assess the requirement for additional financing during the course of restructuring, and to support negotiation of DIP financing.

   b)  Assisting the Company and Milbank to prepare for an orderly chapter 11 filing, including (i) preparation of the required documents and analysis for petitions and first-day pleadings, (ii) advising on employee matters, (iii) advising on pre-filing treasury operations, and (iv) advising on vendor and creditor risk management and critical vendors and contract counterparties.

FTI will commence work on Scope Item #1 upon execution of this Engagement Letter by both parties and receipt of the Initial Cash on Account referred to in Section 3.  FTI will commence work on each of Scope Items #'s 2, 3(a) and 3(b) only upon receipt of written directions from Milbank to proceed.

The Services may be performed by FTI or by any subsidiary of FTI, as FTI shall determine.  FTI may also provide Services through its or its subsidiaries' agents or independent contractors.  References herein to FTI and its employees shall be deemed to apply also, unless the context shall otherwise indicate, to employees of each such subsidiary and to any such agents or independent contractors and their employees.

The Services, as outlined above, are subject to change as mutually agreed between us.  For example, additional services could include (a) assisting the Company and its investment banker in restructuring negotiations with lenders; (b) providing operational advisory services relating to key performance areas; (c) development and project management of external, internal and crisis communications plans; and (d) assisting the Company's non-US entities and counsel to prepare for appropriate local restructuring proceedings.

FTI is engaged by Milbank to provide financial advisory and consulting services only in respect to the Company. Accordingly, while we may from time to time suggest options which may be available to you and the Company and further give our professional evaluation of these options, the ultimate decision as to which, if any, of these options to implement rests with you and the Company, its management and board of directors. FTI and its employees will not make any management decisions for the Company and will not be responsible for communicating information concerning the Company to the public, the Company's shareholders or others.

As part of the Services, FTI may be requested to assist Milbank and the Company (and its legal or other advisors) in negotiating with the Company's creditors and equity holders and with other interested parties. In the event that we participate in such negotiations, the

Mr. Dennis F. Dunne
February 5, 2020

representations made and the positions advanced will be those of the Company and its management, not FTI or its employees.

If cases under the Bankruptcy Code are commenced and our retention is approved, our role will include serving as principal bankruptcy financial advisors to the debtors and debtors in possession in those cases under a general retainer, subject to court approval.  Our role also will encompass all out-of-court planning and negotiations attendant to these tasks.  Such services are expected to (in each case, if and to the extent requested by the Company) include the following:

- Assisting with negotiation, evaluation, and review of strategic alternatives, including with respect to a potential chapter 11 proceeding, refinancing, sale, or M&A process;
- Assisting with the development of business plan, financial, and liquidity projections;
- Assisting with documentation and analyses relating to strategic alternatives;
- Providing advisory and due diligence assistance in connection with creditor negotiations relating to strategic alternatives;
- Assisting with cash management and preparation, updating and variance reporting of a 13-week cash flow forecast in support of cash collateral negotiations and for any required debtor-in-possession financing;
- Assisting with valuation and market analysis relating to strategic alternatives;
- Assisting in vendor management and assessment of contract assumption, rejection and cure;
- Assisting in implementing all first-day and second-day orders;
- Assisting in preparing required motions throughout the course of the cases;
- Responding to creditor groups and vendors throughout the cases;
- Assisting in preparation of plan and disclosure statement documents and supporting materials;
- Assisting in the financial analysis of potential avoidance actions;
- Assisting in the preparation of the Company's statement of financial affairs (SOFA) and schedules of assets and liabilities (SOAL), if required in the proceeding;
- Assisting in claim reconciliation and objections;
- Providing testimony and other litigation support as the circumstances warrant; and
- Other financial advisory services that Milbank may direct FTI to perform on behalf of the Company.

The services we will provide in connection with the Engagement will encompass all services normally and reasonably associated with this type of engagement that we are requested and are able to provide and that are consistent with our ethical obligations.  With respect to all matters of our Engagement, we will coordinate closely with Milbank as to the nature of the services that we will render and the scope of our engagement.

As usual, our Engagement is to represent Milbank on behalf of the Company's interests and not its or the Company's individual directors, officers, employees or shareholders.  However, we anticipate that in the course of that Engagement, we may provide information or advice to directors, officers or employees of the Company in their corporate capacities.

Mr. Dennis F. Dunne
February 5, 2020

Notwithstanding anything to the contrary in the Engagement Contract, we agree and acknowledge that any materials, communications, information or the like shared between us, on the one hand, and Milbank and/or the Company, on the other hand, constitutes attorney work product and are privileged and confidential in all respects.  We shall not disclose any such materials, communications, information or the like to any entity other than the Company or Milbank without the Company's or Milbank's express prior written consent, or as otherwise required by law or judicial process.

3.      **Fees and Cash on Account**

        **Fees and Expense Reimbursement**

        Fees in connection with this Engagement will be based upon the time incurred providing the Services, multiplied by our standard hourly rates, summarized as follows:

|                                                  | Per Hour (USD)  |
|--------------------------------------------------|-----------------|
| Senior Managing Directors                        | $920 – 1,295    |
| Directors / Senior Directors / Managing Directors| 690 –   905     |
| Consultants/Senior Consultants                   | 370 –   660     |
| Administrative / Paraprofessionals               | 150 –   280     |

        Hourly rates are generally revised periodically. To the extent this engagement requires services of our International divisions or personnel, the time will be multiplied by our standard hourly rates applicable on International engagements. Note that we do not provide any assurance regarding the outcome of our work and our fees will not be contingent on the results of such work.

        In addition to the fees outlined above, FTI will bill for reasonable direct expenses which are incurred on your behalf during this Engagement.  Direct expenses include reasonable and customary out-of-pocket expenses which are billed directly to the engagement such as certain telephone, overnight mail, messenger, travel, meals, accommodations and other expenses specifically related to the engagement.  Further, if FTI and/or any of its employees are required to testify or provide evidence at or in connection with any judicial or administrative proceeding relating to this matter, FTI will be compensated by you at its regular hourly rates and reimbursed for reasonable allocated and direct expenses (including counsel fees) with respect thereto.

        Notwithstanding anything to the contrary in the Engagement Contract, FTI agrees and acknowledges that Milbank shall have no liability arising out of the Engagement Contract (including, without limitation, for payment of any fees, costs, expenses or for any indemnity obligations), all of which shall be the sole responsibility of the Company.

        **Cash on Account**

        Initially, the Company will forward to us the amount of $200,000, which funds will be held "on account" to be applied to our professional fees, charges and disbursements for the Engagement (the "Initial Cash on Account").  To the extent that this amount exceeds our fees, charges and disbursements upon the completion of the Engagement, we will refund any unused portion.  The Company agrees to increase or supplement the Initial Cash on Account from time to time during the course of the Engagement in such amounts as you and we

Mr. Dennis F. Dunne
February 5, 2020

mutually shall agree are reasonably necessary to increase the Initial Cash on Account to a level that will be sufficient to fund Engagement fees, charges, and disbursements to be incurred.

We will send the Company periodic invoices (not less frequently than monthly) for services rendered and charges and disbursements incurred on the basis discussed above, and in certain circumstances, an invoice may be for estimated fees, charges and disbursements through a date certain. Each invoice constitutes a request for an interim payment against the fee to be determined at the conclusion of our Services. Upon transmittal of the invoice, we may immediately draw upon the Initial Cash on Account (as replenished from time to time) in the amount of the invoice. The Company agrees upon submission of each such invoice to promptly wire the invoice amount to us as replenishment of the Initial Cash on Account (together with any supplemental amount to which we and the Company mutually agree), without prejudice to the Company's right to advise us of any differences it may have with respect to such invoice. We have the right to apply to any outstanding invoice (including amounts billed prior to the date hereof), up to the remaining balance, if any, of the Initial Cash on Account (as may be supplemented from time to time) at any time subject to (and without prejudice to) Milbank's opportunity to review our statements.

In preparation for the filing of any cases under the Bankruptcy Code, we also may require an additional on account payment to supplement the Initial Cash on Account to cover fees, charges and disbursements to be incurred during the initial phase of the chapter 11 cases (the "Additional Cash on Account"). We will hold the Additional Cash on Account, as we have the Initial Cash on Account. Of course, the reasonableness of the Additional Cash on Account remains subject to review by the court in any ensuing case.

**<u>Bankruptcy Matters and Other Fee Terms</u>**

In a case under the Bankruptcy Code, fees and expenses may not be paid without the express prior approval of the bankruptcy court. In most cases of this size and complexity, on request of a party in interest, the bankruptcy court permits the payment of interim fees during the case. The Company agrees that, if asked to do so by the Company, the Company will undertake commercially reasonably efforts to request the bankruptcy court to establish a procedure for the payment of interim fees during the case that would permit payment of interim fees. If the bankruptcy court approves such a procedure, we will submit invoices on account against our final fee. These interim invoices will be based on such percentage as the bankruptcy court allows of our internal time charges and costs and expenses for the work performed during the relevant period and will constitute a request for an interim payment against the reasonable fee to be determined at the conclusion of our representation.

If any of the Company's entities become a debtor in one or more cases under the Bankruptcy Code, some fees, charges, and disbursements (whether or not billed) incurred before the filing of bankruptcy petitions (voluntary or involuntary) might remain unpaid as of the date of the filing. The unused portion, if any, of the Initial Cash on Account and the Additional Cash on Account will be applied to any such unpaid pre-petition fees, charges and disbursements. Any requisite court permission will be obtained in advance. We will then hold any portion of the Initial Cash on Account and the Additional Cash on Account not otherwise properly applied for the payment of any such unpaid pre-filing fees, charges and disbursements (whether or not billed) as on account cash to be applied to our final invoice in any case under the Bankruptcy Code.

Mr. Dennis F. Dunne
February 5, 2020

Allowed post-petition fees, charges and disbursements will be due and payable immediately upon entry of an order containing such court approval or at such time thereafter as instructed by the court.  The Company understands that while the arrangement in this paragraph may be altered in whole or in part by the bankruptcy court, the Company shall nevertheless remain liable for payment of court approved post-petition fees and expenses.  Such items are afforded priority under 11 U.S.C. § 503(b)(1).  The Bankruptcy Code provides in pertinent part, at 11 U.S.C. § 1l29(a)(9)(A), that a plan cannot be confirmed unless these claims are paid in full in cash on the effective date of any plan (unless the holders of such claims agree to different treatment).  It is agreed and understood that the unused portion, if any, of the Initial Cash on Account (as may be supplemented from time to time) and the Additional Cash on Account shall be held by us and applied against the final fee application filed and approved by the court.

The Company agrees to promptly notify FTI if the Company or any of its subsidiaries or affiliates extends (or solicits the possible interest in receiving) an offer of employment to a principal or employee of FTI involved in this Engagement and agrees that FTI has earned and is entitled to a cash fee, upon hiring, equal to 150% of the aggregate first year's annualized compensation, including any guaranteed or target bonus and equity award, to be paid to FTI's former principal or employee that the Company or any of its subsidiaries or affiliates hires at any time up to one year subsequent to the date of the final invoice rendered by FTI with respect to this Engagement.

4.    **Terms and Conditions**

The attached Standard Terms and Conditions set forth the duties of each party with respect to the Services. Further, this letter and the Standard Terms and Conditions attached comprise the entire Engagement Contract for the provision of the Services to the exclusion of any other express or implied terms, whether expressed orally or in writing, including any conditions, warranties and representations, and shall supersede all previous proposals, letters of engagement, undertakings, agreements, understandings, correspondence and other communications, whether written or oral, regarding the Services.

5.    **Conflicts of Interest**

Based on the list of interested parties (the "Potentially Interested Parties"), provided by you, we have undertaken a limited review of our records to determine FTI's professional relationships with the Company and certain lenders to the Company.  As you may be aware, FTI is regularly retained by the administrative agent and/or other members of your lending group (or law firms retained by the administrative agent or lending group members).  However, such representations are in matters unrelated to this engagement.

From the results of such review, we were not made aware of any conflicts of interest or additional relationships that we believe would preclude us from performing the Services.  However, as you know, we are a large consulting firm with numerous offices throughout the United States.  We are regularly engaged by new clients, which may include one or more of the Potentially Interested Parties.  The FTI professionals providing services hereunder will not accept an engagement that directly conflicts with this Engagement without your prior written consent.

[continued next page]

Mr. Dennis F. Dunne
February 5, 2020

6.       **Acknowledgement and Acceptance**

Please acknowledge your acceptance of the terms of this Engagement Contract by signing both the confirmation below and the attached Standard Terms and Conditions and returning a copy of each to us at the above address.

If you have any questions regarding this letter or the attached Standard Terms and Conditions, please do not hesitate to contact Shawn O'Donnell at 214-755-7835.

Yours faithfully,


FTI CONSULTING, INC.

By: _____
     Shawn F. O'Donnell
     Senior Managing Director

Attachment – As stated


Confirmation of Terms of Engagement

**We agree to engage FTI Consulting, Inc. upon the terms set forth herein and in the attached Standard Terms and Conditions.**

Milbank LLP

By: _____
     Dennis F. Dunne
     Partner

Date: __2/6/20_____


Internap Corporation

By: _____
     Michael Sicoli
     President and CFO

Date: __Feb. 6, 2020_____

## FTI CONSULTING, INC.

## STANDARD TERMS AND CONDITIONS

The following are the Standard Terms and Conditions on which we will provide the Services to you set forth within the attached letter of engagement with Milbank LLP dated Febuary 4, 2020.  The Engagement letter and the Standard Terms and Conditions  (collectively the "Engagement Contract") form the entire agreement between us relating to the Services and replace and supersede any previous proposals, letters of engagement, undertakings, agreements, understandings, correspondence and other communications, whether written or oral, regarding the Services.  The headings and titles in the Engagement Contract are included to make it easier to read but do not form part of the Engagement Contract.

**1.**     **Reports and Advice**

1.1     **Use and purpose of advice and reports** – Any advice given or report issued by us is provided solely for your use and benefit and only in connection with the purpose in respect of which the Services are provided.  Unless required by law, you shall not provide any advice given or report issued by us to any third party, or refer to us or the Services, without our prior written consent, which FTI may withhold and/or condition in its reasonable discretion; *provided* that you may, without our consent, refer to us or the Services or use our advice or report in connection with any legal proceedings involving the Company, including in pleadings, chapter 11 plans, disclosure statements, and the like, so long as such proceedings are not adverse to FTI.  In no event, regardless of whether consent has been provided, shall we assume any responsibility to any third party to which any advice or report is disclosed or otherwise made available.

**2.**     **Information and Assistance**

2.1     **Provision of information and assistance** – Our performance of the Services is dependent upon your providing us with such information and assistance as we may reasonably require from time to time.

2.2     **Punctual and accurate information** – You shall use reasonable skill, care and attention to ensure that all information we may reasonably require is provided on a timely basis and is accurate and complete and relevant for the purpose for which it is required.  You shall also notify us if you subsequently learn that the information provided is incorrect or inaccurate or otherwise should not be relied upon.

2.3     **No assurance on financial data** – While our work may include an analysis of financial and accounting data, the Services will not include an audit, compilation or review of any kind of any financial statements or components thereof. Milbank shall cause  Company management to be responsible for any and all financial information they provide to us during the course of this Engagement, and we will not examine or compile or verify any such financial information.  Moreover, the circumstances of the Engagement may cause our advice to be limited in certain respects based upon, among other matters, the extent of sufficient and available data and the opportunity for supporting investigations in the time period.  Accordingly, as part of this Engagement, we will not express any opinion or other form of assurance on financial statements of the Company.

2.4     **Prospective financial information** - In the event the Services involve prospective financial information, our work will not constitute an examination or compilation, or apply agreed-upon procedures, in accordance with standards established by the American Institute of Certified Public Accountants or otherwise, and we will express no assurance of any kind on such information.  There will usually be differences between estimated and actual results, because events and circumstances frequently do not occur as expected, and those differences may be material.  We will take no

responsibility for the achievability of results or events projected or anticipated by the management of the Company.

**3.   Additional Services**

3.1   **Responsibility for other parties** – You shall be solely responsible for the work and fees of any other party engaged by you to provide services in connection with the Engagement regardless of whether such party was introduced to you by us.  Except as provided in this Engagement Contract, we shall not be responsible for providing or reviewing the advice or services of any such third party, including advice as to legal, regulatory, accounting or taxation matters.  Further, we acknowledge that we are not authorized under our Engagement Contract to engage any third party to provide services or advice to you, other than our agents or independent contractors engaged to provide Services, without your written authorization.

**4.   Confidentiality**

4.1   **Restrictions on confidential information** – Both parties agree that any confidential information received from the other party shall only be used for the purposes of providing or receiving Services under this or any other contract between us. For the purposes of this Agreement, "confidential information" may include without limitation: (i) trade secrets, inventions, ideas, processes, computer source and object code, formulae, data, programs, other works of authorship, know-how, improvements, discoveries, developments, designs, and techniques; (ii) information regarding products, plans for research and development, marketing and business plans, budgets, financial statements, contracts, prices, suppliers, and customers; (iii) information regarding the skills and compensation of employees, contractors, and other agents; and (iv) the existence of any business discussions, negotiations, or agreements.  Except as provided below, neither party will disclose the other party's confidential information to any third party without the other party's consent. Confidential information shall not include information that:

4.1.1   is or becomes generally available to the public other than as a result of a breach of an obligation under this Clause 4.1;

4.1.2   is acquired from a third party who, to the recipient party's knowledge, owes no obligation of confidence in respect of the information; or

4.1.3   is or has been independently developed by the recipient.

The receiving party agrees that it will (i) protect such confidential information with at least the same degree of care that receiving party uses to protect its own confidential information, but in no case, less than reasonable care; (ii) use the disclosing party's confidential information for no purpose other than in connection with the purpose of the engagement; (iii) limit access to disclosing party's confidential information to those of receiving party's officers, directors, employees, affiliates, subcontractors, accountants or legal counsel (collectively, "Representatives") having a need to know who have signed confidentiality agreements containing, or are otherwise bound by, confidentiality obligations at least as restrictive as those contained herein; and (iv) promptly notify disclosing party upon discovery of any loss or unauthorized disclosure of disclosing party's confidential information caused by the receiving party or its Representatives. The parties agree that the disclosing party will not communicate any information to the receiving party in violation of the proprietary rights of any third party

4.2   **Disclosing confidential information** – Notwithstanding Clause 1.1 or 4.1 above, either party will be entitled to disclose confidential information of the other to a third party to the extent that this is required by valid legal process, provided that (and without breaching any legal or regulatory requirement) where reasonably practicable not less than 2 business days' notice in writing is first given to the other party.

4.3     **Citation of engagement** – Without prejudice to Clause 4.1 and Clause 4.2 above, to the extent our engagement is or becomes known to the public, we may cite the performance of the Services to our clients and prospective clients as an indication of our experience, unless we and you specifically agree otherwise in writing.

4.4     **Internal quality reviews** – Notwithstanding the above, we may disclose any information referred to in this Clause 4 to any other FTI entity or use it for internal quality reviews.

4.5     **Maintenance of workpapers** – Notwithstanding the above, we may keep one archival set of our working papers from the Engagement, including working papers containing or reflecting confidential information, in accordance with our internal policies.

4.6     If this Engagement involves the processing of personal data as governed by Regulation (EU) 2016/679 of the European Parliament and of the Council of 27 April 2016, the terms of the Data Protection Schedule attached hereto as Schedule A shall apply to this Engagement and it shall form an integral part of this Engagement Contract. In the event of a conflict between the terms of this Engagement Contract and the terms of Schedule B, the terms of Schedule A shall prevail in relation to the processing of such personal data. If such personal data is processed in connection with this Engagement, Milbank shall notify FTI in writing before any personal data is disclosed to FTI.

**5.   Termination**

5.1     **Termination of Engagement with notice** – Either party may terminate the Engagement Contract for whatever reason upon written notice to the other party. Upon receipt of such notice, we will stop all work immediately. You will be responsible for all fees and expenses incurred by us through the date termination notice is received.

5.2     **Continuation of terms** – The terms of the Engagement that by their context are intended to be performed after termination or expiration of this Engagement Contract, including but not limited to, Clauses 3 and 4 of the Engagement letter, and Clauses 1.1, 4, 6 and 7 of the Standard Terms and Conditions, are intended to survive such termination or expiration and shall continue to bind all parties.

**6.   Indemnification, Liability Limitation, and Other Matters**

6.1     **Indemnification** – The Company agrees to indemnify and hold harmless FTI and any of its subsidiaries and affiliates, officers, directors, principals, shareholders, agents, independent contactors and employees (collectively "Indemnified Persons") from and against any and all claims, liabilities, damages, obligations, costs and expenses (including reasonable attorneys' fees and expenses and costs of investigation) arising out of or relating to your retention of FTI, the execution and delivery of this Engagement Contract, the provision of Services or other matters relating to or arising from this Engagement Contract, except to the extent that any such claim, liability, obligation, damage, cost or expense shall have been determined by final non-appealable order of a court of competent jurisdiction to have resulted from the gross negligence or willful misconduct of the Indemnified Person or Persons in respect of whom such liability is asserted  (an "Adverse Determination").  The Company shall pay damages and expenses, including reasonable legal fees and disbursements of counsel as incurred in advance.  FTI agrees that it will reimburse any amounts paid in advance to the extent they relate directly to an Adverse Determination.

6.2     **Limitation of liability –** The Company agrees that no Indemnified Person shall be liable to it, or its successors, affiliates or assigns for damages in excess of the total amount of the fees paid to FTI under this Engagement Contract.  Without limiting the generality of the foregoing, in no event shall any

Indemnified Person be liable for consequential, indirect or punitive damages, damages for lost profits or opportunities or other like damages or claims of any kind.

**7.      Governing Law, Jurisdiction and WAIVER OF JURY TRIAL**

7.1      **Governing Law -** The Engagement Contract shall be governed by and interpreted in accordance with the laws of the State of New York, without giving effect to the choice of law provisions thereof.

7.2      **Jurisdiction -** The United States District Court for the Southern District of New York, the appropriate Courts of the State of New York sitting in the Borough of Manhattan, City of New York, and (if the Company has pending chapter 11 cases) the bankruptcy court with jurisdiction over any such chapter 11 cases filed by the Company shall have exclusive jurisdiction in relation to any claim, dispute or difference concerning the Engagement Contract and any matter arising from it. The parties submit to the jurisdiction of such Courts and irrevocably waive any right they may have to object to any action being brought in these Courts, to claim that the action has been brought in an inconvenient forum or to claim that those Courts do not have jurisdiction.

7.3      **WAIVER OF JURY TRIAL** – TO FACILITATE JUDICIAL RESOLUTION AND SAVE TIME AND EXPENSE, THE COMPANY AND FTI IRREVOCABLY AND UNCONDITIONALLY AGREE TO WAIVE A TRIAL BY JURY IN ANY ACTION, PROCEEDING OR COUNTERCLAIM ARISING OUT OF OR RELATING TO THE SERVICES OR THIS ENGAGEMENT CONTRACT.

FTI CONSULTING, INC

**Confirmation of Standard Terms and Conditions**

We agree to engage FTI Consulting, Inc. upon the terms set forth in these Standard Terms and Conditions as outlined above.

Milbank LLP

By: _____

Dennis F. Dunne
Partner

Date: _____

Acknowledged and agreed:

Internap Corporation

By: _____

Michael Sicoli
President and CFO

Date: _____

**SCHEDULE A**

**FTI CONSULTING DATA PROTECTION SCHEDULE**

This Data Protection Schedule ("**Schedule**") forms part of the contract for services to which it is an attachment (the "**Contract**") between the client party identified in the Contract (the "**Client**") and the relevant FTI Consulting group entity identified in the Contract ("**FTI**").

1.  Definitions

1.1    In this Schedule, unless otherwise defined herein, all defined terms shall have the meaning set out in the Contract.

1.2    In this Schedule, the following terms shall have the meanings set out below:

   1.2.1    "Data Protection Laws" means applicable legislation protecting the personal data of natural persons and governing the processing of that data, including in particular the GDPR and any national legislation which supplements the GDPR, together with binding guidance and codes of practice issued from time to time by relevant supervisory authorities;

   1.2.2    "GDPR" means the General Data Protection Regulation (EU) 2016/679;

   1.2.3    "Personal Data", "Process", "Controller", "Processor", "Data Subject", "Supervisory Authority" and "Personal Data Breach" shall have the meanings given to them in the Data Protection Laws; and

   1.2.4    "Standard Contractual Clauses" means the standard contractual clauses for the transfer of personal data to controllers established in third countries which do not ensure an adequate level of protection as set out in Commission Decision C(2004)5721, as updated, amended, replaced or superseded  from time to time by the European Commission

2.    Controller Terms

2.1    FTI and the Client will each act as separate and individual Controllers in relation to any Personal Data (including, without limitation, Personal Data relating to any of the Client's workers, FTI's workers, any litigation or arbitration opponent or customer or vendor or transaction partner) Processed by the Client or FTI to deliver the services set out under the Contract.

2.2    FTI and the Client will each comply with its own respective obligations under the Data Protection Laws in relation to their Processing of Personal Data under the Contract. In particular, the Client will ensure that any disclosures of Personal Data to FTI are lawful, and, in each case where necessary under the Data Protection Laws, the Client has notified and secured the consent of the relevant Data Subjects.

2.3    FTI may appoint Processors as required to deliver the services, who will process the Personal Data on FTI's behalf and at FTI's direction. Further, FTI may disclose Personal Data to other Controllers where necessary to deliver the services (including, but without limitation, law firms, accountants, other third party experts and any member of the FTI Group), or pursuant to a legally binding written request, an

order or request of a court of competent jurisdiction or any governmental or regulatory authority or where disclosure is required by applicable law or regulation.

2.4    The Client acknowledges and agrees that FTI is located outside of the European Economic Area, and that certain Processors or Controllers engaged by FTI under paragraph 2.3 may also be located outside of the European Economic Area. In respect of onward transfers by FTI to other Controllers or Processors, FTI will take steps in accordance with the Data Protection Laws to ensure an adequate level of protection for the Personal Data Processed by such Processors or Controllers. In particular, the Client acknowledges that FTI may transfer Personal Data to FTI Consulting, Inc. in reliance upon its certification under the EU - US Privacy Shield scheme.

2.5    The Client acknowledges that FTI's email records are replicated onto a Microsoft 365 Cloud system in the United States of America and the Client hereby consents that any Personal Data that is provided to FTI by email will be replicated accordingly. To the extent that the Client wishes to transmit certain information or data to FTI and the Client objects to that data being replicated in accordance with this paragraph, the Client will use a communication or transmission method other than e-mail or will use an alternative e-mail system.